**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  NORTHERN DISTRICT OF GEORGIA
ATLANTA  DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  21-58123-LRC |
| | ) | |
| **CLAIRMONT PLACE** | ) | |
| **CONDOMINIUM ASSOCIATION, INC.** | ) | CHAPTER  11 |
| **Debtor** | ) | |
| | ) | |
| _____ | ) | |

**APPLICATION FOR APPOINTMENT OF DEBTOR'S COUNSEL**

CLAIRMONT PLACE CONDOMINIUM ASSOCIAITON, INC, Debtor and Applicant in the above-referenced Chapter 11 case hereby requests this Court for Appointment of  Counsel for Debtor pursuant to 11 U.S.C. §327 and Fed.R.Bankr.P.  2014 and 5002 and respectfully shows this Court as follows:

1.

Debtor filed a petition for relief under Chapter 11 of  Title 11, of the U.S. Code on October 29, 2021.  Debtor is currently operating as a Debtor in Possession pursuant to 11 U.S.C. §1107 and §1108.  This is a SubChapter V Case and Leon Jones has been appointed the SubChapter V Trustee.  Debtor desires to employ Steinfeld & Steinfeld, PC, Attorneys at Law (hereinafter "Attorney"), as its Counsel, in this case.

2.

Attorney is admitted to practice in this court, has knowledge and experience in bankruptcy law practice and is well qualified to represent the Debtor in this case.  A copy of Attorney's Practice Profile, delineating her experience,  is attached hereto.

3.

In the continuance of the Debtor's business in the pending Chapter 11 case, it will be necessary for various professional legal services to be rendered for which it is necessary to retain attorneys.  These services include, but are not limited to, the following:

a.    Preparing pleadings and applications and conducting examinations incidental to any related proceedings and to the administration of the case;

b.    Developing the relationship of the status of the Debtor to the claims of creditors in this case;

c.    Advising the Debtor of its rights, duties and obligations as a Debtor operating under chapter 11 of the Bankruptcy Code;

d.    Taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 case; and

e.    Advising and assisting the Debtor in the formation and preservation of a plan pursuant to chapter 11 of the Bankruptcy Code, the disclosure statement, and any and all matters related thereto.

4.

To the best of applicant's knowledge, and as evidenced by the attached declaration, Attorney does not hold or represent an interest adverse to this estate; Attorney is a "disinterested" person under the Bankruptcy Code and Attorney's appointment will be in the best interests of the Debtor and Debtor's Estate.  Applicant shows that Attorney has been acting as counsel to the Debtor for pre-bankruptcy advice and counsel since June of 2021.  Since that time, Attorney's fees have been paid on a current basis.  Attorney discloses that Attorney received $37,637.19 for fees during this period, including the filing fee for this Chapter 11 case.  Attorney is not owed any fees

as of the time of the filing of this case.

5.

Applicant proposes to compensate Attorney for its services at its standard hourly rate as that rate may from time to time be adjusted during the pendency of this Chapter 11 case. Attorney's current hourly rate for Attorney services is $395.00 per hour for attorney's services. Applicant has paid a retainer to Attorney in the amount of $30,000.00 which will be held in Attorney's Trust Account until Attorney is authorized to draw down said money by the Court. Attoney applied fees for prepetition services to this retainer and is currently holding, $17,370.47 in escrow. All postpetition payments will be subject to approval and allowance by the Court. Further, fees following the authorized application of the retainer, including those otherwise paid into the retainer account, may be governed under the Plan.

WHEREFORE, Applicant respectfully requests that it be authorized to obtain, appoint, and employ Attorney as its Attorney to represent it in this case under the terms and conditions provided hereinabove and for such other and further relief as the Court deems just and proper.

Respectfully submitted,
STEINFELD & STEINFELD, PC
/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
State Bar No. 622895
11B Lenox Pointe, Atlanta, GA 30324
404/636-7786; shayna@steinfeldlaw.com
Attorneys for Clairmont Place Condominium
Association, Inc., Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  NORTHERN DISTRICT OF GEORGIA
ATLANTA  DIVISION**

IN RE:                                          )        CASE NO.
                                                )
**CLAIRMONT PLACE**                  )
**CONDOMINIUM ASSOCIATION, INC.**  )        **CHAPTER  11**
            **Debtor**                    )
                                                )
_____ )

**CERTIFICATION OF COUNSEL**

COMES NOW, Shayna M. Steinfeld of Steifneld & Steinfeld, PC ("Attorney") and, in support of the Application by the above-referenced Debtor for employment of an attorney in this Chapter 11 case, certifies to the Court as follows:

1.      I am    I am a President of Steinfeld & Steinfeld, PC and am an Attorney duly admitted to practice in this Court.

2.      I am Board Certified in both Business Bankruptcy Law and Consumer Bankruptcy Law by the American Board of Certification.

3.      To the best of my knowledge, I am a disinterested person in this case and I hold no interest adverse to the estate in the matters upon which Attorney is to be engaged.

4.      I have been representing Applicant for  pre-bankruptcy advice and counsel since June of 2021 and  Attorney is not owed any fees as of the time of the filing of this case unrelated to the filing of the case (which will be included in the first fee application).

5.      Attorney does not have any connection with the Debtor, its creditors, or any other party in interest or their respective attorneys including the U.S. Trustee or any employee of the U.S. Trustee's office in this District.

6.    Attorney has agreed to represent the Debtor in this Chapter 11 case upon the terms and conditions set forth in the Debtor's application.

Respectfully submitted,

STEINFELD & STEINFELD, PC
/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
State Bar No. 622895
11B Lenox Pointe, Atlanta, GA 30324
404/636-7786; shayna@steinfeldlaw.com
Attorneys for Clairmont Place Condominium
Association, Inc., Debtor



11B Lenox Pointe, N.E.
Atlanta, Georgia 30324
(404)636-7786
www.steinfeldlaw.com
e-mail: shayna@steinfeldlaw.com

## SHAYNA M. STEINFELD

**Attorney** – practicing in areas of bankruptcy and corporate reorganization:
°Litigate in Bankruptcy, Federal District and Appellate Courts.
°Represent all types of parties in all cases.
°Litigate matters, negotiate issues and draft documents involving various bankruptcy issues including those relating to real estate, marital, student loan, credit card and fraud obligations; preference and fraudulent transfers; claims and discharge objections; stay relief proceedings and plan confirmation.
°Advise and assist individual and business clients regarding issues involving contracts, including past-due obligations, real estate, the uniform commercial code and perfection of security interests, with an emphasis on bankruptcy and litigation avoidance and asset recovery.

**Board Certified:** Business Bankruptcy Law – American Board of Certification.
**Board Certified:** Consumer Bankruptcy Law – American Board of Certification.
**Trained Mediator:** Resolution Resources Corporation, Atlanta, Georgia.
**Professor:** John Marshall Law School, Bankruptcy. Winter and Spring 2001
**Judge:** Special Assistant Administrative Law Judge for the Office of State Administrative Hearings (Health Care Issues). 1997-2000.
**Co-Author:** The Family Lawyer's Guide to Bankruptcy, American Bar Association, Section of Family Law (2002) (2nd ed., 2008)(3ᵈ-d., 2014)(4th ed. 2018) along with numerous articles in various local and national publications and journals as well as chapters in various books (see, publications section).

## FIRM AFFILIATION

**Steinfeld & Steinfeld, P.C.**, Atlanta, GA, President/CEO. 2000-present.
**Shayna M. Steinfeld**, Atlanta, GA, Attorney at Law. 1997-1999.
**Macey, Wilensky, Cohen, Wittner & Kessler, LLP**, Atlanta, GA, Bankruptcy Attorney. 1990-1997.

## EDUCATION

**Emory University**, Atlanta, Georgia:
**Juris Doctor**. May 1990.

- Emory Bankruptcy Developments Journal, Managing Editor.
- American Jurisprudence award for Real Estate Sales and Finance.
- American Jurisprudence award for Commercial Law: Negotiable Instruments.
- Intern for Hon. Margaret H. Murphy, United States Bankruptcy Court, N.D.Ga.

**Masters of Business Administration**. May 1990.

**Bachelor of Arts** (History) (minor, Political Science). May 1986.

University Center Board, President. 1985-86.

Participant, Augsgrabund Manching, archaeological dig in Germany. Summer 1985.

# HONORS AND AWARDS

- Kathleen Kessler, Trailblazing Woman of Achievement Award, Georgia Association for Women Lawyers. May 2008.
- Section of the Year Award, as Chair of the State Bar of Georgia's Bankruptcy Section. May 2008.
- Outstanding Leadership Award, Consumer Bankruptcy Attorney's Group. Summer 2001.
- Women of Achievement Award, as President, Greater Atlanta Hadassah Attorneys' Council. May 2002.
- Section of the Year Award, as Chair of the Atlanta Bar Association's Sole Practitioner/Small Firm Section. May 2002.
- Outstanding Woman in the Profession Achievement Award, Atlanta Bar Association, Women in the Profession Committee. July 2002.
- Lawdragon, Member of 500 Leading U.S. Bankruptcy and Restructuring Lawyers. 2020 Inaugural class.
- Atlanta Magazine, Super Lawyer: 2005-2021; Top 50 Women Lawyers 2007-2013, 2015 and Top 100 Georgia Lawyers 2007, 2011-2012.
- Member of the "Legal Elite," Georgia Trend, 2006, 2007, 2009-2013, 2020.
- Atlanta Business Chronicle, "The Power Book 2009" – listed as one of Atlanta's top legal leaders.
- AV Rated for the Firm and Individually by Martindale Hubbell.

# COMMUNITY AND BAR ACTIVITIES

**Atlanta Bar Association: President** (June 2008-2009); Immediate Past President (2009-2010); First Vice President/President Elect (2007-2008); Board Member at Large (2001-2010), Executive Committee Member (June 2003-2010); Treasurer (2004-2005); Secretary (2005-2006); Second Vice President (2006-2007), Chair of the Sponsorship Committee (2003 - 2004); Chair, Judicial Campaign Conduct Committee (2005-2006); Chair, Leadership Committee (2015), Member, Elections Committee (2015)

**Atlanta Bar Association, Bankruptcy Section:** Chair (2006-2007) (Board Member from approximately. 2000 through 2008 serving in various capacities).

**CARE**: "Credit Abuse and Resistance Education" Program – presenter; member of team with a bankruptcy judge presenting 2 or 3 hour program to high school students around the Atlanta metropolitan region annually (approximately 2005 to present); have also met with State Board of Education member to discuss incorporating aspects of credit education into state curriculum.

**Atlanta Bar Association, Sole Practitioner/Small Firm Section:** Chair (2001-2002; Board Member from approximately1998 through 2003 serving in various capacities ).

**Atlanta Bar Association:** Creator and Coordinator of the Legal Eagles Summer CLE Series. 2000-2004.

**Atlanta Bar Association:** Women in the Profession Committee/Section (member since inception).

**American Bar Association: member Litigation & Business Law Sections**

Co-Chair, Woman Advocate Committee, Book Sub Committee of the Litigation Section (2019-present)

Co-Chair, Woman Advocate Committee, Work/Life Management Sub Committee of the Litigation Section (2013- present)

Co-Chair, Bankruptcy Committee of the Family Law Section (2000-05),Member, Ad Hoc Committee on Bankruptcy Court Structure and Insolvency Processes. 2002-2005.

Committee and Section Membership: Business Law Section: Business Bankruptcy, Individual Chapter 11, Small Business Chapter 11 (Since 2013) and Litigation Section: Bankruptcy and Insolvency Litigation, Business Litigation, Consumer Litigation and Bankruptcy and Insolvency Litigation (2013-2018).

**The W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court**: Master (since 2016)

**State Bar of Georgia: Bankruptcy Section:** Chair (2007-2008); Board Member (2003 through 2009, serving in

various capacities).

**State Bar of Georgia: Women and Minorities in the Profession Committee,** Member 1997-2016

**State Bar of Georgia: Family Law Study Committee,** Member. 2000-2016

**IWIRC (International Women's Insolvency and Restructuring Confederation)-Georgia Network: Co-Founder and Co-President (2003-04),** Member of the Georgia and International Networks. Since 2003.

**Lawyers Club**: Member. Since 2013; CLE Committee (2019-20).

**Old War Horse Lawyers Club, Inc**.: Member. Since 2014; Board Member (2020).

**On Board**: Member. Since 2014.

**National Conference of Women's Bar Associations:** Vice-President (2001-02), Secretary (1999-2000), Coordinator (and creator) of Annual National Women's Bar Summits (1997, 1998 and 2000). Board Member (1997-2002). Foundation Board Member. 2002-2004.

**Georgia Association for Women Lawyers:** President (1996-97), Board Member (approximately 1993 through 1998); Advisory Board. 2005-present; Small Firm/Sole Practitioner Affinity Group, Co-Chair (2019-20).

**Georgia Women on the Run ... for Office:** Co-Founder and Co-Chair. 1995-1997.

**Hadassah Attorney's Council:** President (2001-2006), Co-President (1999-2001). Member since 2001-2016.

**Consumer Bankruptcy Group (now known as "Metropolitan Atlanta Consumer Bankruptcy Attorneys Group"):** President (2000-2001) (instrumental in obtaining passage of amended state law exemptions under O.C.G.A. § 44-13-100 for the first time in 25 years, enacted July 2001). Member since approximately 1997.

**American Bankruptcy Institute:** Member. Since 2000.

**Commercial Law League of America:** Member. 2000-09.

**The Temple:** Religious School Committee Member (1998-2008), Secretary (2001-02); Membership Committee. 2004-2007; Sixth Grade Sunday School Teacher: Holocaust and Immigration. 2000-2004; Leadership Class. 2006-2007; Shalom Bayit ("Peaceful Home") Liaison 2011; Caring Congregations (2013-present); Racial Justice Committee (present), Chair of the Racial Justice Committee's "True Justice" program (2019-21).

**Turnaround Management Association**: Member. 2020.

**ADL:** Leadership Class. 2006.

# SEMINARS PRESENTED

**American Academy of Matrimonial Lawyers**

- "Is there Anything Left to Divide? Financial Issues in Divorce 2008," Atlanta, GA (November 2018, December, 2008).

**American Bankruptcy Institute**

- 18th Annual Southeast Bankruptcy Workshop, "A Magical Marriage, or is he Just a Troll? The Divorce of Boris Badenough." Ethics Plenary, Amelia Island, FL (July, 2013).
- 28th Annual Spring Meeting, "Famiy Law and Bankruptcy," Washington, DC (April, 2010).
- Central States Bankruptcy Workshop "Dischargeability Issues: Divorce Debts, Gambling Debts, etc.," Traverse City, MI (June, 2003).

**American Bar Association**

- "Game, Set, Match: The Ex-Spouse Nearly Always Wins When Bankruptcy and Divorce Collide – What Can be Done?" Family Law Section Program, Bermuda (May, 2014).
- "Oh Happy Day-Life is Good for the Non-filing Bankruptcy Spouse after the Bankruptcy Reform Act of 2005," Family Law Section Program, San Diego (September, 2005).
- Teleconferences on the Bankruptcy Reform Act (June 15, 2005 and on July 12, 2005 through different ABA Sections).
- Sorting Out the New Bankruptcy Legislation, presented by teleconference (July 18, 2001).
- Bankruptcy for the Divorce Practitioner, Family Law Section Program, Vancouver, Program Producer and Speaker, British Columbia Canada (October, 2001).
- "Her Story: Lessons in Success From Lawyers Who Live It," Thursday Book Roundtable Series, Woman Advocate Committee, Litigation Section (Co-Presenter, January 2018)

**Atlanta Bar Association**

- "Domestic Issues under BAPCPA," Bankruptcy Section CLE, Atlanta, GA (September, 2005).
- Law Practice Management Issues for the Sole Practitioner/Small Firm: Transitioning to Solo or Small Firm Practice, Creator and Presenter (February, 2003 and January, 2002).
- Advanced Consumer Bankruptcy Skills Workshop, Creator and Chair (June, 2001).

- Marketing Your Law Practice (April 2001).
- Legal Eagles Series on Bankruptcy Basics (July, 2000).
- How to Elevate Your Middle Income Divorce Practice to the Next Level (November 1999).
- Effective & Efficient Representation in Post-Divorce Matters (November 1997).

**Atlanta Legal Aid Society**
- "Divorce Obligations in Bankruptcy," Atlanta, GA (April, 2010).
- Legal Aid University  Consumer Bankruptcy (April 2011).

**The Charles Welter Family Law Inn of Court**
- "Treatment Divorce Obligations in Bankruptcy," Atlanta, GA (April, 2010).

**Cobb County Bar**
- Family Law Issues in Bankruptcy (November 2020).
- Bankruptcy Section, "When the World of Divorce & Bankruptcy Collide" (October 2017).
- Bankruptcy and Divorce, Marietta, GA (December, 2004, Spring 2004 and March 1998).

**Cobb County Guardian Training**
- Bankruptcy and Divorce, Marietta, GA (May, 2009).

**Coastal Law Institute, Inc.**
- Annual Seminar, Savannah, GA (April, 2016, May, 2002 and May, 1998).

**Family Mediation Association of Georgia**
- Bankruptcy Basics for Divorce Mediators, Atlanta, GA (June, 2000).

**Georgia Association for Women Lawyers**
- Leadership Academy, on becoming a Bar Leader Pine Mountain, GA (April, 2008) and on Leadership (April 2014, April 2015, September 2015, April 2017 and April 2018).
- Bankruptcy and Divorce, Atlanta, GA (Spring, 1995).

**Georgia Society of CPAs,  Southeastern Accounting Show**
- The Post-Covid World: Examining Distress Options Through the Lens of the Hotel California (September, 2020).

**Georgia Society for Women CPAs, Sole Practitioner Section**
- Bankruptcy Basics for the Non-Lawyer, Atlanta, GA (October, 1999).

**Georgia Women Entrepreneurs**
- Conference 2002, "Bouncing Back From Bankruptcy," Columbus, GA (April, 2002).

**Gwinnett Bar Association, Family Law Section**
- Bankruptcy & Family Law, Lawrenceville, GA (March, 2012)

**Half Moon LLC**
- "Is Bankruptcy Necessary?  Preparing for and Avoiding a Filing," Basics of Chapter 7 and Chapter 13 Bankruptcy Practice, Atlanta, GA (September, 2001).

**Legal Services University**
- "Bankruptcy Roundtable," Atlanta, GA (April, 2010).
- "The Intersection of Divorce and Bankruptcy," Pine Mountain, GA (October, 2003).

**Metropolitan Atlanta Consumer Bankruptcy Attorney's Group**
- "Preparedness & Professionalism When Dealing with the Court," Atlanta, GA (August, 2019).
- "Moving on Up and Out" (Divorce and Bankruptcy), Atlanta, GA (February, 2017).
- Bankruptcy and Divorce, Atlanta, GA (June, 2009 and November, 1995).

**National Business Institute**
- "Divorce Settlement Issues," Atlanta, GA (May, 2015)
- "Fundamentals of Bankruptcy Law" on "Conducting the Initial Interview,"  Atlanta, GA  (May, 2006 and November, 2007).
- Small Office Management for the Legal Professional, Atlanta, GA (July, 2006).

**National CLE Conference**
- "Recent Update on § 523(a)(2), (4), (5), (6), (8) and (15)," Steamboat, CO (January, 2002).

**National Conference of Bankruptcy Judges**
- "Hot Topics in Consumer Bankruptcy Cases,"  San Diego, CA (October, 2003).

**Norton Institutes**
- "Discharge" and "Exemption" topics at  Norton Bankruptcy Litigation Institute I, Park City, UT (March, 2006).
- "Discharge" and "Ethics" topics at Western Mountains Bankruptcy Law Institute, Jackson Hole, WY (June,

2004).

**Printing Industry Association of Georgia**
- "Bankruptcy Laws and How They Affect YOU," Smyrna, GA (September, 2006).

**Sandy Springs Bar Association**
- "An Arsenal Called Bankruptcy," Atlanta, GA (April, 2002).

**Strafford Publications**
- "Divorce: When a Spouse Files Bankruptcy, Dischargeability of Domestic Support Obligations and Property Settlements" (Webinar, July 18, 2012; December 10, 2013, December 10, 2014 and April 25, 2017).

**The State Bar of Georgia (Institute of Continuing Legal Education)**
- "Does the Client need you or a Bankruptcy Lawyer Instead?  Bankruptcy Issues and Strategies for the Family Lawyer," Family Law Institute (Amelia Island, FL, May, 2012 and  2003).
- Solo and Small firm Institute, "Marketing Strategies for the Solo and Small Firm Practitioner" (September, 2003).
- Family Law Institute, (May, 2000) (paper only), San Destin, FL and Brasstown Valley, GA (May, 1997).
- Real Estate Practice and Procedure, Savannah and Atlanta, GA (March, 1997).
- Annual Bankruptcy Law Seminar, Atlanta, GA (November, 1996, Speaker; Presiding Chairperson for the day-long seminar November 10, 2006; Speaker on student loans in bankruptcy, Lake Oconee, GA, November 2015).

**Sterling Education Services**
- Creditors' Rights and Protection of Security Interests in Bankruptcy, Atlanta, GA  (February,  2002).

**Stetson College of Law: the 33rd Annual Alexander L. Paskay Seminar on Bankruptcy Law and Practice**
- "Treatment of 910 Claims and Effect of Surrendering Collateral" and "Lien Stripping in Chapter 13" Tampa, FL (December, 2008).

**The W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court**
- "Preparedness & Professionalism When Dealing with the Court," Atlanta, GA (August, 2019).

# OTHER PUBLICATIONS

- Author, "Bankruptcy Basics for the Family Lawyer," American Journal of Family Law, Vol. 34, No. 1 Wolters Kluwer (Spring 2020).
- Author, "Attorney Fees in Bankruptcy,"  Family Advocate,  Vol. 42, No. 4, American Bar Association, Family Law Section (Spring 2020).
- Author, "The Impact of Changes Under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 on Family Obligations,"  Journal of the American Academy of Matrimonial Lawyers, a Journal and Digest of Family Law, Volume 20, No. 2,  pp. 251-83 (2007).
- Co-Author, "After Brenda and Eddie divorce, Eddie files for Bankruptcy.  The Unusual Life of Defalcation under BAPCPA,"  Journal of the American Academy of Matrimonial Lawyers, a Journal and Digest of Family Law, Volume 25, No.1  pp. 67-86 (2012).
- Contributing Author, Texas Annotated Family Code (Lexis/Nexis, 2004, 2006, 2007, 2010 and 2012 Ed.)(Bankruptcy Appendix).
- Author, Credit Reports, Credit Scores, and Other Potential Financial Ramifications of Divorce, American Journal of Family Law, (Aspen Publishers) Vol. 20, No. 1 (Spring 2006).
- Contributing Editor, "Family Legal Guide" (American Bar Assoc. 2004).
- Co-Author, A Brief Overview of Bankruptcy and Alimony/Support Issues, Family Law Quarterly, Vol. 38, No. 1 (Spring, 2004).
- Contributing Author, An Overview of Bankruptcy and Divorce,  2004 Family Law Update (Aspen Publishers)(2004).
- Contributing Author, McConaughey, Dan, Georgia Divorce, Alimony and Child Custody (Chapter on Bankruptcy-§14-14) (approximately annually since approximately 2002).
- Co-Author, The Intersection of Bankruptcy and Divorce for Divorce Practitioners, Divorce Litigation, Vol. 13, No. 10 (October, 2001).
- Contributing Editor, Norton Bankruptcy Law and Practice 2d (West Group),  (Chapter on Divorce and Bankruptcy) (2001).
- Author,  State Bar of Georgia publications:  The Intersection of Bankruptcy and Divorce:  Family Law Section Newsletter (1998); A Woman's Bar at Work, Georgia Bar Journal, December 1997; Divorce and the Bankruptcy Reform Act of 1994:  Family Law Section Newsletter (1996).

- Contributing Author for the Georgia Commission on Women:  Bankruptcy & Creditor's Rights sections of Women and the Law, A Guide to Women's Legal Rights in Georgia, 1995.

**Reported Decisions** in West's Bankruptcy Reporter: *Ogier v. Johnson*, 2013 WL 6843476 (N.D.Ga. 2013); *Illinois  Student Assistance Commission v. Cox*, 273 B.R. 719 (N.D.Ga. 2002); *Dotson v. EAN Servs., LLC (In re A-1 Express Delivery Serv.)*, 2020 LEXIS 2728 (Bankr. N.D.Ga 2020); *GMI Group, Inc. v Reliable Fast Cash, LLC (In re GMI Group, Inc.)*, 2019 WL 3774117 (Bankr. N.D. Ga. 2019); *GMI Group, Inc. v. Unique Funding Solutions, Inc. (In re GMI Group, Inc.)*, 606 B.R. 467 (Bankr. N.D.Ga. 2019*); GMI Group, Inc. v. Expansion Capital Group, LLC (In re GMI Group, Inc.)*, 2019 WL 4253853 (Bankr. N.D. Ga. 2019); *GMI Group., Inc. v. Unique Funding Sols., LLC (In re GMI Group., Inc.)*, 598 B.R. 685 (Bankr. N.D. Ga 2019); *Sheffield v. U.S. (In re Sheffield)*, 2019 WL 3986290 (Bankr. M.D.Ga. 2019); *Sheffield v. U.S. (In re Sheffield)*, 2019 WL 4072764 (Bankr. M.D.Ga. 2019); *Harris v. Stevens (In re Harris)*, 592 B.R. 750 (Bankr. N.D.Ga. 2018); *BKGD, LLC v. Townsend (In re Smith)*, 2018 LEXIS 1076, 2018 WL 1737616 and 2017 LEXIS 989 * (Bankr. N.D.Ga. 2018); *Bavaria Yachts USA, LLLP v. Bavaria Yachtbau GmbH, (In re Bavaria Yachts USA, LLLP)*, 575 B.R. 540 (Bankr. N.D.Ga. 2017);  *In re Bay Circle Properties, LLC*, 2017 WL 639769 (Bankr. N.D.Ga. 2017); *Farina v. Fed. Loan Servicing (In re Farina)*, 2016 WL 4398411 (Bankr. N.D.GA. 2016);   *Blonder v. AGC Group, Inc. (In re Blonder)*, 2015 WL 5773230 (Bankr. N.D.Ga. 2015);  *Rackley v. Rackley (In re Rackley)*, 502 B.R. 615 (Bankr. N.D. Ga. 2013); *In re Dye*, 2012 WL 5335137 (Bankr. N.D.Ga. 2012);  *In re Benson*, 2010 WL 2016891(Bankr. N.D.Ga. 2010); *In re Evilsizer*, 2009 WL 6498185 (Bankr. N.D.Ga. 2009);  *In re Turner*, 2007 WL 7141824 (Bankr. N.D.Ga. 2007); Allen *v Boggs (In re Boggs)*, 2007 WL 7138343 (Bankr. N.D.Ga. 2007);  *Pincus v. Long (In re Long)*, 2006 WL 6593815 (Bankr. N.D.Ga. 2006);  *Gueresso v. Gueresso (In re Gueresso)*, 2006 WL 6589905 (Bankr. N.D.Ga. 2006); D*uval of Georgia, Inc.  v. Merrill Lynch Bus. Fin. Sol, Inc. (In re Duval of Georgia, Inc.)*, 2005 WL 6952446 (Bankr. N.D.Ga. 2005); *Bellows v. Froug (In re Froug)*, 2005 WL 6487196 (Bankr. N.D.Ga. 2005);  *McGinnis v. Pennsylvania Higher Education Assistance Agency (In re McGinnis)*, 289 B.R. 257 (Bankr. N.D.Ga. 2003); *Belcher v. Columbia Univ. (In re Belcher)*, 287 B.R. 839 (Bankr. N.D.Ga. 2001);  *Gordon v. Westside Bank & Trust (In re Combs)*, 190 B.R. 979 (Bankr. N.D.Ga. 1995); *In re Shelbayah*, 165 B.R. 332 (Bankr.  N.D.Ga.  1994) and *In re Leeds Building Products*, 141 B.R. 265 (Bankr.  N.D.Ga.  1992).

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Motion to Appoint Counsel by using the Bankruptcy Court's Electronic Case Filing program:

I have caused to be served the attorney for the United States Trustee and SubChapter V Trustee.

A subsequent Certificate of Service will be filed noting service on the twenty largest creditors, including the largest creditor (who is unsecured) and its notice parties.

This   2nd day of November,  2021.

STEINFELD & STEINFELD, P.C.
By: /s/Shayna M. Steinfeld
Shayna M. Steinfeld
Georgia Bar No. 622895
11B Lenox Pointe
Atlanta, GA 30324
404/636-7786;
shayna@steinfeldlaw.com
Attorneys   for   Clairmont   Place
Condominium   Association,   Inc.,
Debtor