IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-58123-LRC |
| | ) | |
| CLAIRMONT PLACE | ) | CHAPTER 11 |
| CONDOMINIUM ASSOCIATION, INC. | ) | |
|     Debtor | ) | |
| | ) | |
| | ) | |

### APPLICATION FOR APPOINTMENT OF ACCOUNTANT

CLAIRMONT PLACE CONDOMINIUM ASSOCIATION, INC. Debtor and Applicant in the above-referenced Chapter 11 case and requests this Court for Appointment of Accountant pursuant to 11 U.S.C. §327 and Fed.R.Bankr.P. 2014 and 5002 and respectfully shows this Court as follows:

1.

Debtor filed a petition for relief under Chapter 11 of Title 11 of the U.S. Code on October 29, 2021. This is a SubChapter V case and Leon Jones is the SubChatpter V Trustee. Debtor is currently operating as a Debtor in Possession pursuant to 11 U.S.C. §1107 and §1108. Debtor desires to employ Marshall Jones (hereinafter "Accountant"), as its accountant in this case.

2.

As set forth on the practice profile attached hereto, Accountant and various members of the firm, are licensed and well qualified to assist the Debtor in this case.

3.

In the continuance of the Debtor's business in the pending Chapter 11 case, it will be necessary for various professional accounting services to be rendered for which it is necessary to retain Accountants. These services include, but are not limited to, the following:

1

a. Primarily, Accountant is needed for the preparation of on-going federal and state tax returns and financial reports;

b. Maintaining Debtor's on-going bill accounts payable program which is handled in conjunction with Accountant (as further described in the Debtor' *Motion for Entry of an Order (I) Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records and (II) Granting Related Relief* [Doc. No. 18]); and

c. Assisting with any and all other necessary action incident to the proper administration of the case as to financial matters for which a CPA may be appropriate (such as in a witness capacity in litigation, monthly operating reports, or in the plan process).

4.

To the best of Applicant's knowledge, and as evidenced by the attached declaration, Accountant does not hold or represent an interest materially adverse to this estate. Accountant's appointment will be in the best interests of the Debtor and Debtor's Estate. Applicant shows that Accountant has been acting as Accountant to the Debtor for pre-bankruptcy advice, services and counsel since July 1, 2020. Accountant is owed for pre-petition services in the amount of $2,430.40. Accountant has knowledge regarding the business from having been working with the Debtor for such a long period of time.

5.

Applicant proposes to compensate Accountant for its services at its standard hourly rate as that rate may from time to time be adjusted during the pendency of this Chapter 11 case. Accountant's current rate ranges from $65 per hour to $275 per hour. Accountant will be paid in accordance with applicable fee applications and court guidelines unless and until a Plan is

confirmed and Debtor is allowed to pay Accountant directly.

WHEREFORE, Applicant respectfully requests that it be authorized to obtain, appoint, and employ Accountant as its Accountant to represent it in this case under the terms and conditions provided hereinabove and for such other and further relief as the Court deems just and proper.

This 2nd day of November 2021.    Respectfully submitted,

STEINFELD & STEINFELD, PC
/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
State Bar No. 622895
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786; shayna@steinfeldlaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-58123-LRC |
| | ) | |
| **CLAIRMONT PLACE** | ) | CHAPTER 11 |
| **CONDOMINIUM ASSOCIATION, INC.** | ) | |
| **Debtor** | ) | |
| | ) | |
| _____ | ) | |

STATE OF GEORGIA
COUNTY OF FULTON

### STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002

The Affiant hereby makes solemn oath:

1. I am over 21 and competent to swear to the matters set forth below:
2. I am the accountant for Clairmont Place Condominium Association, Inc. and am an Accountant duly admitted to practice in this Georgia.
3. I am Certified as a Public Accountant. I am a named partner of Marshall Jones. I received a Bachelor's degree in Business Administration from the State University of West Georgia. I am a member of the Atlanta Chapter of the Georgia Society of CPAs and the American Institute of CPAs.
4. To the best of my knowledge, Marshall Jones does not hold or represent an interest materially adverse to this estate and Accountant's appointment will be in the best interests of the Debtor and Debtor's Estate. Applicant shows that Accountant has been acting as Accountant to the Debtor for pre-bankruptcy advice and counsel since July, 2020.
5. Marshall Jones is owed for pre-petition services in the amount of $3,595.40. Marshall Jones and I, personally, have knowledge regarding Debtor and its business from having been working with the Debtor.
6. Accountant does not have any connection with the Debtor, its creditors, or any other party in interest or their respective Attorneys, including the U.S. Trustee or any employee of the U.S. Trustee's office in this District.
7. Accountant has agreed to assist the Debtor in this Chapter 11 case upon the terms and conditions set forth in the Debtor's Application.

This 28th day of October, 2021

By: J. Greg Logan
It's Managing Partner

Sworn to and subscribed before me this 2nd day November 2021
My commission expires:
November 7, 2021

Marshall Jones

For more than 35 years, our certified public accountants and advisors at Marshall Jones have served Atlanta nonprofits, businesses and individuals with a mission of providing exceptional service to our clients with complete integrity and the highest levels of technical competencies.

Our CPA accounting services consist of year-end financial statement audits, reviews, compilations, tax compliance and research, outsourced accounting services and a variety of consulting services.

SERVICES OFFERED
Marshall Jones Certified Public Accountants and Advisors offer the following services to Atlanta nonprofits, businesses, and individuals.

Outsourced Professional Accounting
Outsourcing your accounting to our public accounting firm allows you to focus on the core aspects of your business. We can perform and supplement your accounting functions off-site or on-site for as long as your business needs our accounting services.

Audit and Assurance
The intention of each audit process is to develop the fair presentation of clients' operational results and financial statements. Our audit team will use a risk-based approach to comply with objectives and standards for your organization.

Tax Planning and Preparation
Each of our clients benefits from the personal attention offered by our tax preparation and planning experts. When you work with us, our experts will learn as much as possible about your tax situation and provide recommendations based on your unique needs.

Advisory and Consulting
We also offer advisory and consulting services to our clients. Our strategies can effectively help you prepare for any stage of life.

Below are the profiles of the two individuals most involved with Debtor's operations.  Marshall Jones has over dozens of other employees who may also assist with Debtor's business.  Their backgrounds and profiles may be found at https://marshalljones.com/about-us/team/#bio-617c094a8e487

J. GREG LOGAN, MANAGING PARTNER
Greg Logan graduated from the State University of West Georgia with a B.S. in Accounting in the summer of 2004 and was hired on with Marshall Jones shortly thereafter. He obtained his CPA license in the Winter of 2013 and his CITP in the Summer of 2016. Greg has a wide range of audit and accounting experience and has worked with clients in real estate, construction, technology, distribution, government and non-for-profit industries.

(470) 291-2736 ext 403 | greg@marshalljones.com

MARY HELEN JACKSON
SENIOR CONTROLLER

Mary Helen joined the team in 2018 and brought 15+ years of experience serving as an outsourced controller to individuals, small business entrepreneurs and small to moderate size companies in the real estate, construction and consulting areas. In her role at Marshall Jones, Mary Helen effectively and independently manages the cash flow, budgets, accounts payable and accounts receivable of multiple clients while maintaining accuracy and financial integrity of all accounting functions.

Prior to her work in accounting, Mary Helen held positions in human resources at a major Fortune 500 company as well as roles as a senior programmer analyst in IT. Outside of work, Mary Helen focuses her time on developing and enhancing her metal smith skills through adult education as well as through her fully equipped home studio.

(470) 291-2736 ext 410 | maryhelen@marshalljones.com

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Motion to Appoint Counsel by using the Bankruptcy Court's Electronic Case Filing program:

 I have caused to be served the attorney for the United States Trustee and SubChapter V Trustee.

 A subsequent Certificate of Service will be filed noting service on the twenty largest creditors, including the largest creditor (who is unsecured) and its notice parties.

 This  2nd day of November,  2021.

            STEINFELD & STEINFELD, P.C.
            <u>By: /s/Shayna M. Steinfeld</u>
            Shayna M. Steinfeld
            Georgia Bar No. 622895
            11B Lenox Pointe
            Atlanta, GA 30324
            404/636-7786;
            shayna@steinfeldlaw.com
            Attorneys for Clairmont Place Condominium Association, Inc., Debtor