IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| CLAIRMONT PLACE CONDOMINIUM | ) | |
| ASSOCIATION, INC. | ) | Case No.  21-21-58123-LRC |
| | ) | |
| Debtor in Possession | ) | SUBCHAPTER V |
| | ) | |

CERTIFICATE OF SERVICE

    This is to certify that I have this day caused to be served a copy of the *Order Approving Application to Employ Winter Capriola Zenner, LLC as Special Counsel, Subject To Objection [Doc 40]* via the CM/ECF system, which sent notification to all counsel of record and parties requesting notice as listed below, and/or via first class US Mail, with adequate postage prepaid to the parties at the addresses listed on the attached Exhibit "A".

| | |
|---|---|
| Jonathan S. Adams (UST) | jonathan.s.adams@usdoj.gov |
| Leon S. Jones (SubV T) | ljones@joneswalden.com; jwdistribution@joneswalden.com |
| Gregory D. Ellis (CR) | emiller@lcenlaw.com, ellis@ecf.courtdrive.com; emiller@ecf.courtdrive.com; EllisGR86494@notify.bestcase.com |
| G. Frank Nason, IV (CR) | fnason@lcenlaw.com, emiller@lcenlaw.com; emiller@ecf.courtdrive.com; NasonFR86494@notify.bestcase.com |

This 9th day of November 2021.      Respectfully submitted,

    */s/ Shayna M. Steinfeld*
    Shayna M. Steinfeld, Esq.
    GA Bar No. 622895

STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com

**Exhibit "A"**

Jonathan S. Adams, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303-3315

Leon S. Jones. Esq.
Chapter 11 Subchapter V
Trustee Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308-1400

Aetna
PO Box 804735
Chicago, IL 60680-4108

Amerisure Mutual Ins. Co
Lockbox #730502
Dallas, TX 75373-0502

Athena Farms
P.O. Box 550054
Atlanta, GA 30355

Clipboard Health dba Twomagnets, Inc.
340 S. Lemon Ave #5028
Walnut, CA 91789

Comcast Business
PO. Box 37601
Philadelphia,  19101-0601

Cortes LLC
3064 Sawgrass Trail SW
Lilburn, GA 30047

Dekalb County Sanitation
3720 Leroy Scott Dr
Decatur, GA 30032

DeKalb County Tax Commissioner
Law Department
1300 Commerce Drive
Decatur, GA 30030

Edward B. Krugman, Esq.
Bondurant Mixson Elmore LLP
One Atlantic Ctr, 1201 W Ptree  St NW 3900
Atlanta, GA 30309

Fortner Communications, Inc.
P.O. Box 1854
Douglasville, GA 30133

Grainger
Dept. 827594060
Palatine, IL 60038-0001

J Michael Lamberth, Esq.
Lamberth, Cifelli, Ellis & Nason, PA
1117 Perimeter Center West, Ste W212
Atlanta, GA 30338

J&C Electric
5467 Pinedale Circle
Buford, GA 30518

Jeff  S. Henderson Painting
5420 Hillview Dr. SW
Oxford, GA 30054

Marshall Jones
3097 E Shadowlawn Ave NE
Atlanta, GA 30305

Occupied Renovations
6730 Jones Mill Ct
Norcross, GA 30092

Paul McGough
1898 Sam Snead Drive
Braselton, GA 30517

PSI Security Services
2028 S Cobb Dr SE
Marietta, GA 30060-4952

SunTrust Bank Card One
PO Box 791250
Baltimore, MD 21279-1250

Sysco Food Services of Atlanta
PO Box 490379
Atlanta, GA 30349

Terry Ferris
2100 Clairmont Lake
Decatur, GA 30033

Valex Service Service Group
1825 Saddleridge Dr.
Cumming, GA 30041

PNC Bank
c/o Mr. William S. Demchak, CEO
300 Fifth Avenue
Pittsburg, Pennsylvania 15222

Mr. Daryl N. Bible, CFO
200 West Second Street
Winston-Salem, NC 27101-4019

Regions Bank (of Georgia)
c/o Mr. John Reid Moore, CFO
P O Drawer 937
Gainesville, GA, 30503

DeKalb Watershed Management
P.O. Box 71224
Charlotte, NC 28272

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Comcast
PO Box 71211
Charlotte NC 28272-1211

Direct TV
P.O. Box 5006
Carol Stream IL 60197-5006