**IT IS ORDERED as set forth below:**

Date: November 23, 2021

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-58123-LRC |
| | ) | |
| CLAIRMONT PLACE | ) | CHAPTER 11 |
| CONDOMINIUM ASSOCIATION, INC. | ) | |
|     Debtor | ) | |
| | ) | |
| _____ | ) | |

**INTERIM ORDER ON EMERGENCY MOTION TO USE CASH COLLATERAL**

HAVING COME BEFORE THE COURT on the *Emergency Motion* of Clairmont Place Condominium Association, Inc. (the "Debtor") in the above-styled chapter 11 case (the "Case"), for the entry of an order, pursuant to Sections 105 and 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, modified, or supplemented, the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure, (1) *Authorizing the Debtor to Use Cash Collateral* ("the Motion") [Doc. No. 47]; (2) the *Notice of Interest in Cash Collateral and Objection to Use of Cash Collateral* (the "McGough's Motion")[Doc No. 43] filed by Paul M.

1

McGough ("McGough") and; (3) the Debtor's *Response in Opposition to McGough's Motion* [Doc. No. 47] and (4) Debtor's *Request for Determination of Security Interest* [Doc. No. 47] in conjunction with Debtor's request for authorization to provide adequate protection to McGough, its largest prepetition creditor, to the extent his prepetition assignment of rents as collateral security is determined to be properly perfected. The parties and the Subchapter V Trustee have addressed their underlying concerns and have agreed to the terms of this Emergency Order for the interim use of Cash Collateral in resolution of the Motion and McGough's Motion in lieu of an interim hearing and until the Court is able to rule on a final basis; the Court hereby finds and concludes as follows:

A. **Petition Date:** On October 29, 2021 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11, SubChapter V of the Bankruptcy Code and is continuing to manage its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. Leon S. Jones was appointed the SubChapter V Trustee.

B. **Prepetition Debt and Liens:** McGough's Motion asserts an assignment of rents as collateral security with respect to amounts collected from residents of the Montclair (hereinafter, "Montclair Collections"), a personal care home (as defined in O.C.G.A. § 31-7-12) currently managed by the Debtor. The Debtor disputes the perfection of the interest in the Montclair Collections asserted by McGough.

C. **Need for Use of Cash Collateral :** Debtor requires the use of the Montclair revenue, that may be the Cash Collateral of McGough, on an interim and Emergency basis, *nunc pro tunc* to the Petition Date, to continue operating its business, including making payroll, paying vendors and suppliers for postpetition obligations, and meeting ordinary working capital expenses to care for Montclair's elderly community. Potentially irreparable harm

to the Debtor, its creditors and its estate and its elderly population may occur absent authorization for the use of Cash Collateral.

D. **Service of Motion; Objections:**  The Debtor has certified that copies of the Motion has been served by electronic mail upon the Office of the United States Trustee (the "U.S. Trustee"), the SubChapter V Trustee, counsel for McGough, the remaining parties identified on the list of the twenty largest creditors, and any and all other parties requesting notice under Rule 2002 of the Federal Bankruptcy Rules as of the date of Motion.  The Court finds that the notice of the Motion, as it relates to the Order, is sufficient for all purposes under the Bankruptcy Code and the Bankruptcy Rules, including without limitation sections 102(1) and 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b) and (d).

E. **Finding Cause.**  Good cause has been shown for the entry of this Order, the granting of adequate protection as set forth herein and authorization for the Debtor to use Cash Collateral during the Interim Period (as defined below).  The Debtor's need for use of Cash Collateral is ongoing, immediate and critical.  Entry of this Order will preserve the assets of the Debtor's estate and its value and is in the best interests of the Debtor, its creditors and the Debtor's estate.

F. **Jurisdiction; Core Proceeding; Venue.**  This Court has jurisdiction to enter this Order pursuant to 28 U.S.C. §§ 157(b) and 1334.  Consideration of the Motion constitutes a core proceeding, as defined by 28 U.S.C. §157(b)(2). Venue for this chapter 11 case and proceeding on the Motion is proper pursuant to 28 U.S.C. §§1408 and 1409.

G. **Adequate Protection.**  McGough, to the extent his interest in and to the Montclair Collections is, or may be, perfected, is entitled to adequate protection of his interest in the

3

prepetition collateral under 11 U.S.C. §§ 361 and 363 on an interim basis, as set forth herein.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. **Grant of Motion; Authority to Use Cash Collateral.**

    a. Subject to all of the terms, conditions and limitations of this Order, the Debtor shall be authorized to use Cash Collateral (as defined below) for Permitted Purposes (as defined below) during the period (the "Interim Period") commencing *nunc pro tunc* on the Petition Date and ending on the date of the Final Hearing (defined below).

    b. The term "Cash Collateral" shall mean all monies (i) in the possession of the Debtor on the Petition Date consisting of the alleged prepetition collateral, defined as the revenue stream from the Montclair, as defined in the Motion or (ii) received by the Debtor after the Petition Date in respect of or arising out of the Debtor's use, sale, consumption, collection, or other disposition of any prepetition collateral or Replacement Collateral (as defined below).

    c. The term "Permitted Purposes" shall mean the use by Debtor of Cash Collateral in the ordinary course of the Debtor's business solely for the purposes of supporting the Debtor's ongoing working capital needs for the Montclair, to the extent and up to the amounts set forth in the budget attached to budget attached hereto along with a 15% variance.

    d. The parties acknowledge and agree that Cash Collateral does not include cash from other revenue sources.

4

2. **Adequate Protection Escrow.** As adequate protection, Debtor shall escrow the lesser of (i) $30,000, or (ii) the net of total collections by Debtor (not limited to the Montclair Collections) for the month of November 2021 after payment of postpetition amounts for Debtor's November monthly operations and maintenance (the "Adequate Protection Escrow").

3. **Additional Adequate Protection.** McGough asserts that his interest in the Montclair Collections automatically attaches to Montclair Collections arising subsequent to the Petition Date pursuant to 11 U.S.C. § 552(b)(2) such that a replacement lien in the Montclair Collections is not required. See, e.g. *In re Putnal*, 483 B.R. 799 (Bankr. M. D. Ga. 2012). The Debtor disputes this contention. As additional adequate protection for the use of cash collateral in which McGough asserts an interest, McGough is hereby granted a replacement lien pursuant to sections 361, 362 and 363 of the Bankruptcy Code in and to the Adequate Protection Escrow. This lien shall be valid, binding, enforceable and automatically perfected and continuing, to the extent that such McGough has a valid, properly perfected and enforceable interest prepetition in and to the Montclair Collections; furthermore, such cash collateral may only be used for items for the Montclair, with a 15% variance, in accordance with the Court-approved budget attached hereto. Notwithstanding anything herein, entry of this Order shall not be an admission of or a determination that the budgeted items are, in fact, used solely for the benefit of the Montclair or represent appropriate expenditures relating to the Montclair.

4. **Insurance.** Within three (3) days of the entry of this Order (or three days after return from the Thanksgiving Holiday depending on when this Order is entered), Debtor shall provide to McGough copies of all insurance policies, including declaration pages and

5

endorsement, for which Debtor is the insured or for which Debtor pays all or a portion of the premiums.

5. **Reasonable Access.** The Debtor shall provide McGough or his representatives with access, promptly upon request, to records and financial information concerning its compliance with the attached budget and shall allow McGough or his representatives reasonable access to 2100 Clairmont Place, promptly upon request, for the purpose of conducting an appraisal or valuation.

6. **Reporting**. The Debtor shall provide McGough or his representative with access, promptly upon request, to the same information provided to the Office of the United States Trustee (the "U.S. Trustee") and SubChapter V Trustee.

7. **Reservation of Rights**. Nothing on this order shall be construed as a limitation on the rights of McGough to seek additional relief from this Court, including, without limitation, seeking additional adequate protection, dismissal of the case, or removal of the Debtor as debtor in possession.

8. **Order Immediately Effective; Survival**. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure or otherwise, the effectiveness of this Order shall not be stayed, and this Order shall be immediately effective upon its entry.

9. **Notice of Final Hearing; Service of Order. A final hearing on the Motion will be held at the following number: (toll-free number: 833-568-8864; meeting id: 161 346 1602 at 10:00 a.m. on December 1, 2021 - Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303** (the "Final Hearing").

10. Promptly after the entry of this Order, the Debtor shall, mail by first class mail, a copy

6

of this Order and the Motion, to the U.S. Trustee, counsel for McGough, the remaining parties identified on the list of the twenty largest creditors, the SubChapter V Trustee and all other parties requesting notice under Rule 2002 of the Federal Bankruptcy Rules as of the date of Motion and shall file a certificate of service regarding same with the Clerk of the Court. Such service shall constitute good and sufficient notice of the Final Hearing.

[END OF ORDER]

CONSENTED TO:

STEINFELD & STEINFELD, P.C.
 /s/ *Shayna M. Steinfeld*
Shayna M. Steinfeld, Ga Bar 622895
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com
 Attorneys for Clairmont Place Condominium, Inc., Debtor

LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
 /s/ *G. Frank Nason, IV*
G. Frank Nason, IV, Ga Bar 535160
(Signed by Shayna M. Steinfeld with
Express Permission Granted on November 19, 2021
6000 Lake Forest Drive, N.W., Suite 435
Atlanta, GA 30328
 404-495-4468
fnason@lcenlaw.com
Attorneys for Paul M. McGough

NO OPPOSITION:

MARY IDA TOWNSON
UNITED STATES TRUSTEE REGION 21
 /s/ *Jontathan S. Adams*
Jonathan S. Adams, Ga Bar 979073
(Signed by Shayna M. Steinfeld with
Express Permission Granted on November 22, 2021)
Trial Attorney, Office of the United States Trustee

362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Jonathan.S.Adams@usdoj.gov

JONES & WALDEN, LLC
*/ s/ Leon S. Jones*
Leon S. Jones, Ga Bar 003980
(Signed by Shayna M. Steinfeld with
Express Permission Granted on November 22, 2021)
 699 Piedmont Avenue, NE
Atlanta, GA 30308
404-964-9300
ljones@joneswalden.com
SubChapter V Trustee

8

**Distribution List**

Shayna M. Steinfeld, Esq.
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324

Jonathan Adams, Esq.
Office of US Trustee
362 Richard Russell Bldg
75 Ted Turner Drive
Atlanta, GA 30303

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Clairmont Place Condominium Association, Inc.
c/o Allison Rutland Soulen, Executive Director
2100 Clairmont Lake
Decatur, GA 30033


G. Frank Nason, IV, Esq.
Gregory D. Ellis, Esq.
Lamberth, Cifelli, Ellis & Nason, PA
6000 Lake Forest Dr., N.W., Suite 435
Atlanta, GA 30328

| | | | Multiplier | November | December | January | Febuary | March | April |
|---|---|---|---|---|---|---|---|---|---|
| | **40000** | **Income** | | | | | | | |
| | 40100 | Unit Fee | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40110 | Second Resident Revenue | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40200 | Dining Services Income | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40240 | Administration Fee | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40400 | Montclair Monthly Fees | 1.00 | $160,000.00 | $160,000.00 | $164,800.00 | $175,100.00 | $175,100.00 | $175,100.00 |
| | 40445 | Late Fees | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40450 | Montclair Comunity Fees | 1.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| | 40460 | Beauty Salon Revenue | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40490 | Housekeeping Revenue | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40500 | Maintenance Revenue | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40600 | Miscellaneous Revenue | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40800 | Interest Income | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 40900 | Resident Services Reimbursables | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 49999 | Uncategorized Income | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Total month | | $160,000.00 | $160,000.00 | $164,800.00 | $176,100.00 | $176,100.00 | $176,100.00 |
| | | | | | | | | | |
| | **50000** | **Administration Expenses** | | | | | | | |
| | 50100 | Admin Salaries/Wages | 0.15 | $4,221.24 | $4,221.24 | $4,221.24 | $4,196.55 | $4,196.55 | $4,196.55 |
| | 50105 | Payroll Taxes | 0.15 | $322.93 | $322.93 | $322.93 | $317.86 | $317.86 | $317.86 |
| | 50110 | Employer retirement contribution | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50125 | Employee Benefit Coverage | 0.15 | $552.18 | $552.18 | $552.18 | $695.40 | $695.40 | $695.40 |
| | 50130 | Workers Comp Insurance | 0.15 | $91.75 | $91.75 | $91.75 | $135.30 | $135.30 | $135.30 |
| | 50150 | Employee Hiring | 0.15 | $90.00 | $90.00 | $90.00 | $105.00 | $105.00 | $105.00 |
| | 50155 | Employee Relations | 0.15 | $60.00 | $60.00 | $60.00 | $67.50 | $67.50 | $67.50 |
| | 50165 | Seminar/Training | 0.15 | $45.00 | $45.00 | $45.00 | $45.00 | $45.00 | $45.00 |
| | 50205 | Bank Fees | 0.15 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 | $15.00 |
| | 50220 | Computer Managed Services | 0.15 | $363.74 | $363.74 | $363.74 | $363.74 | $363.74 | $363.74 |
| | 50225 | Payroll Processing | 0.15 | $215.38 | $215.38 | $215.38 | $225.00 | $225.00 | $225.00 |
| | 50230 | Dues, Subs & Memberships | 0.15 | $55.00 | $55.00 | $55.00 | $46.50 | $46.50 | $46.50 |
| | 50240 | Licenses & Permits | 0.15 | $0.00 | $0.00 | $0.00 | $11.25 | $11.25 | $11.25 |
| | 50241 | Tuition Reimbursement | 0.15 | $0.00 | $0.00 | $0.00 | $100.50 | $100.50 | $100.50 |
| | 50245 | Meals And Entertainment | 0.15 | $3.75 | $3.75 | $3.75 | $3.75 | $3.75 | $3.75 |
| | 50255 | Cell Phones | 0.15 | $15.80 | $15.80 | $15.80 | $16.50 | $16.50 | $16.50 |
| | 50260 | Postage-General | 0.15 | $51.60 | $51.60 | $51.60 | $52.50 | $52.50 | $52.50 |
| | 50280 | Prof Fees - Audit/Tax Preparation | 0.15 | $795.00 | $795.00 | $795.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| | 50290 | Prof Fees - Legal | 0.15 | $975.00 | $0.00 | $975.00 | $600.00 | $600.00 | $600.00 |
| | 50295 | Professional Fees - Other | 0.15 | $39.83 | $39.83 | $39.83 | $7.50 | $7.50 | $7.50 |
| | 50296 | Prop, Liab & Comm Insurance - 1800 Bldg | 0.15 | $1,450.37 | $1,450.37 | $1,450.37 | $1,897.50 | $1,897.50 | $1,897.50 |
| | 50297 | Prop, Liab & Comm Insurance - 2100 Bldg | 0.15 | $621.59 | $621.59 | $621.59 | $707.25 | $707.25 | $707.25 |
| | 50298 | Property Taxes | 0.15 | $45.00 | $45.00 | $45.00 | $45.00 | $45.00 | $45.00 |
| | 50300 | Telephone & Internet | 0.15 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| | 50800 | Equipment Lease - Admin | 0.15 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 | $240.00 |
| | 50850 | Office Supplies | 0.15 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 | $112.50 |
| | 50950 | Marketing / Advertising | 0.15 | $30.00 | $0.00 | $0.00 | $30.00 | $30.00 | $30.00 |
| | 50960 | Retirement Administration | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50980 | Miscellaneous Admin | 0.15 | $0.00 | $0.00 | $0.00 | $7.50 | $7.50 | $7.50 |
| | | Total month | | $10,712.66 | $9,707.66 | $10,682.66 | $11,544.60 | $11,544.60 | $11,544.60 |
| | | | | | | | | | |
| | **55000** | **Resident Services** | | | | | | | |
| | 55100 | Salary and Wages | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 55105 | Payroll Taxes | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 55110 | Employer retirement contribution | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 55125 | Employee Benefit Coverage | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 55130 | Workers Comp Insurance | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 55140 | Employee Development | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50315 | Vehicle Expense | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50325 | Vehicle Expense - Maintenance | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50500 | Travel | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50900 | Resident Relations-- Clairmont Place | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 50901 | Resident Relations Reimbursables | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75435 | Cable TV Expense | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75450 | Channel Insert | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Total month | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|       |       |                                   |      |            |            |            |            |            |            |
|-------|-------|-----------------------------------|------|------------|------------|------------|------------|------------|------------|
|       | 60000 | **Dining Services Expenses**      |      |            |            |            |            |            |            |
|       | 65100 | Dining Services Salaries/Wages    | 0.30 | $25,476.00 | $25,476.00 | $25,476.00 | $25,730.76 | $25,730.76 | $25,730.76 |
|       | 65105 | Payroll Taxes                     | 0.30 | $1,717.20  | $1,717.20  | $1,717.20  | $1,948.91  | $1,948.91  | $1,948.91  |
|       | 65110 | Employer retirement contribution  | 0.30 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 65125 | Employee Benefit Coverage         | 0.30 | $2,219.66  | $2,219.66  | $2,219.66  | $3,037.80  | $3,037.80  | $3,037.80  |
|       | 65130 | Workers Comp Insurance            | 0.30 | $672.84    | $672.84    | $672.84    | $1,102.20  | $1,102.20  | $1,102.20  |
|       | 65135 | Contract Labor                    | 0.30 | $0.00      | $0.00      | $0.00      | $30.00     | $30.00     | $30.00     |
|       | 65140 | Employee Development              | 0.30 | $30.00     | $30.00     | $30.00     | $30.00     | $30.00     | $30.00     |
|       | 65395 | Food Costs                        | 0.30 | $20,136.64 | $21,000.00 | $21,000.00 | $21,600.00 | $21,600.00 | $21,600.00 |
|       | 65415 | Liquor                            | 0.30 | $123.60    | $123.60    | $123.60    | $60.00     | $60.00     | $60.00     |
|       | 65425 | Smallwares                        | 0.30 | $124.96    | $124.96    | $124.96    | $120.00    | $120.00    | $120.00    |
|       | 65860 | Cleaning Supplies                 | 0.30 | $328.43    | $328.43    | $328.43    | $375.00    | $375.00    | $375.00    |
|       | 65865 | Paper Supplies                    | 0.30 | $1,200.00  | $1,200.00  | $1,200.00  | $1,200.00  | $1,200.00  | $1,200.00  |
|       | 65875 | Uniforms/Linens                   | 0.30 | $127.41    | $127.41    | $127.41    | $114.00    | $114.00    | $114.00    |
|       | 65890 | Miscellaneous Food Service        | 0.30 | $25.27     | $25.27     | $25.27     | $30.00     | $30.00     | $30.00     |
|       |       | Total month                       |      | $52,182.00 | $53,045.36 | $53,045.36 | $55,378.67 | $55,378.67 | $55,378.67 |
|       |       |                                   |      |            |            |            |            |            |            |
|       | 62000 | **Montclair Expenses**            |      |            |            |            |            |            |            |
|       | 70100 | Montclair Salaries/Wages          | 1.00 | $65,062.88 | $65,062.88 | $65,062.88 | $66,761.00 | $66,761.00 | $66,761.00 |
|       | 70105 | Payroll Taxes                     | 1.00 | $4,976.45  | $4,976.45  | $4,976.45  | $5,056.65  | $5,056.65  | $5,056.65  |
|       | 70110 | Employer retirement contribution  | 1.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 70125 | Employee Benefit Coverage         | 1.00 | $8,296.76  | $8,296.76  | $8,296.76  | $8,196.27  | $8,196.27  | $8,196.27  |
|       | 70130 | Workers Comp Insurance            | 1.00 | $2,446.53  | $2,446.53  | $2,446.53  | $4,185.95  | $4,185.95  | $4,185.95  |
|       | 70135 | Montclair Contract Employees      | 1.00 | $0.00      | $0.00      | $0.00      | $200.00    | $200.00    | $200.00    |
|       | 70140 | Employee Development              | 1.00 | $989.44    | $0.00      | $250.00    | $250.00    | $250.00    | $250.00    |
|       | 70800 | Cable TV - Montclair              | 1.00 | $550.00    | $550.00    | $550.00    | $550.00    | $550.00    | $550.00    |
|       | 70865 | Montclair Supplies                | 1.00 | $4,063.27  | $4,063.27  | $4,063.27  | $4,300.00  | $4,300.00  | $4,300.00  |
|       | 70880 | Residents Relations -- The Montclair | 1.00 | $616.33 | $616.33    | $616.33    | $700.00    | $700.00    | $700.00    |
|       | 70881 | Monclair Reimbursables            | 1.00 | $0.00      | $0.00      | $0.00      | -$300.00   | -$300.00   | -$300.00   |
|       | 70883 | Referral Fee                      | 1.00 | $0.00      | $0.00      | $0.00      | $1,500.00  | $1,500.00  | $1,500.00  |
|       |       | Total month                       |      | $87,001.66 | $86,012.22 | $86,262.22 | $91,399.87 | $91,399.87 | $91,399.87 |
|       |       |                                   |      |            |            |            |            |            |            |
|       | 64000 | **Housekeeping Expenses**         |      |            |            |            |            |            |            |
|       | 73100 | Housekeeping Salaries/Wages       | 0.15 | $2,580.55  | $2,580.55  | $2,580.55  | $2,718.19  | $2,718.19  | $2,718.19  |
|       | 73105 | Payroll Taxes                     | 0.15 | $195.08    | $195.08    | $195.08    | $197.41    | $197.41    | $197.41    |
|       | 73110 | Employer retirement contribution  | 0.15 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 73125 | Employee Benefit Coverage         | 0.15 | $256.47    | $256.47    | $256.47    | $461.48    | $461.48    | $461.48    |
|       | 73130 | Workers Comp Insurance            | 0.15 | $152.92    | $152.92    | $152.92    | $231.92    | $231.92    | $231.92    |
|       | 73860 | Cleaning Supplies                 | 0.15 | $70.77     | $70.77     | $70.77     | $135.00    | $135.00    | $135.00    |
|       |       | Total month                       |      | $3,255.80  | $3,255.80  | $3,255.80  | $3,744.00  | $3,744.00  | $3,744.00  |
|       |       |                                   |      |            |            |            |            |            |            |
|       | 66000 | **Building & Grounds Expenses**   |      |            |            |            |            |            |            |
|       | 75100 | B & G Salaries/Wages              | 0.25 | $4,920.66  | $4,920.66  | $4,920.66  | $5,302.50  | $5,302.50  | $5,302.50  |
|       | 75105 | Payroll Taxes                     | 0.25 | $376.43    | $376.43    | $376.43    | $401.63    | $401.63    | $401.63    |
|       | 75110 | Employer retirement contribution  | 0.25 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75125 | Employee Benefit Coverage         | 0.25 | $301.02    | $301.02    | $301.02    | $472.75    | $472.75    | $472.75    |
|       | 75130 | Workers Comp Insurance            | 0.25 | $203.89    | $203.89    | $203.89    | $316.25    | $316.25    | $316.25    |
|       | 75135 | Contract Labor                    | 0.25 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75138 | Deep Cleaning                     | 0.25 | $0.00      | $0.00      | $0.00      | $12.50     | $12.50     | $12.50     |
|       | 75300 | A-C Service - 1800 BLDG           | 0.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75305 | A-C Service - 2100 BLDG           | 0.25 | $43.75     | $43.75     | $43.75     | $43.75     | $43.75     | $43.75     |
|       | 75310 | Bldg Supplies - 1800 BLDG         | 0.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75315 | Bldg Supplies - 2100 BLDG         | 0.25 | $375.00    | $375.00    | $375.00    | $450.00    | $450.00    | $450.00    |
|       | 75320 | Equipment Supplies - Kitchen      | 0.30 | $75.00     | $75.00     | $75.00     | $75.00     | $75.00     | $75.00     |
|       | 75325 | Equipment Repairs - Kitchen       | 0.30 | $450.00    | $450.00    | $450.00    | $600.00    | $600.00    | $600.00    |
|       | 75445 | Pool                              | 0.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75460 | Fire System Service - 1800 BLDG   | 0.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75462 | Fire System Service - 2100 BLDG   | 0.25 | $150.00    | $150.00    | $150.00    | $200.00    | $200.00    | $200.00    |
|       | 75470 | Landscaping                       | 0.25 | $2,000.00  | $0.00      | $0.00      | $875.00    | $875.00    | $875.00    |
|       | 75475 | Lawn Service                      | 0.25 | $529.50    | $529.50    | $529.50    | $529.50    | $529.50    | $529.50    |
|       | 75490 | Pest Control - 1800 BLDG          | 0.00 | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |
|       | 75492 | Pest Control - 2100 BLDG          | 0.25 | $53.25     | $53.25     | $53.25     | $60.00     | $60.00     | $60.00     |
|       | 75505 | Trash Removal & Recycling         | 0.25 | $102.50    | $102.50    | $102.50    | $112.50    | $112.50    | $112.50    |
|       | 75530 | Utilities - Electricity - 1800 BLDG | 0.00 | $0.00    | $0.00      | $0.00      | $0.00      | $0.00      | $0.00      |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 75532 | Utilities - Electricity - 2100 BLDG | | 0.25 | $2,004.14 | $2,004.14 | $2,004.14 | $2,192.50 | $2,192.50 | $2,192.50 |
| | 75535 | Utilities - Gas - 1800 BLDG | | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75537 | Utilities - Gas - 2100 BLDG | | 0.25 | $290.69 | $290.69 | $290.69 | $325.00 | $325.00 | $325.00 |
| | 75540 | Utilities - Water/Sewer | | 0.25 | $2,750.00 | $2,750.00 | $2,750.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| | 75825 | Elevator-Repairs & Maintenance | | 0.33 | $429.00 | $429.00 | $429.00 | $660.00 | $660.00 | $660.00 |
| | 75830 | Repairs/Maintenance - 1800 BLDG | | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75832 | Repairs/Maintenance - 2100 BLDG | | 0.25 | $2,500.00 | $2,500.00 | $2,500.00 | $1,875.00 | $1,875.00 | $1,875.00 |
| | 75880 | Furniture Repair/Replacement | | 0.25 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| | | Total month | | | $17,679.82 | $15,679.82 | $15,679.82 | $17,128.88 | $17,128.88 | $17,128.88 |
| | | | | | | | | | | |
| | | Courtesy Officer | | | | | | | | |
| | 75851 | Courtesy Officer Wages | | 0.15 | $1,297.65 | $1,297.65 | $1,297.65 | $1,398.35 | $1,398.35 | $1,398.35 |
| | 75855 | Payroll Taxes | | 0.15 | $99.27 | $99.27 | $99.27 | $105.92 | $105.92 | $105.92 |
| | 75860 | Employer retirement contribution | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75865 | Employee Benefit Coverage | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75870 | Workers Comp Insurance | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75853 | Security Other | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75875 | Uniforms | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Total month | | | $1,396.92 | $1,396.92 | $1,396.92 | $1,504.26 | $1,504.26 | $1,504.26 |
| | | | | | | | | | | |
| | 90100 | Transfer to capital reserve | | 0.15 | $2,580.00 | $2,580.00 | $2,580.00 | $2,812.50 | $2,812.50 | $2,812.50 |
| | 90302 | Income Tax Expense | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 96000 | Credit Card Expenses to Allocate | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 99999 | Uncategorized Expense | | 0.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Total month | | | $2,580.00 | $2,580.00 | $2,580.00 | $2,812.50 | $2,812.50 | $2,812.50 |
| | | | | | | | | | | |
| | | Total Income | | | $160,000.00 | $160,000.00 | $164,800.00 | $176,100.00 | $176,100.00 | $176,100.00 |
| | | Total Expenses | | | **$174,808.86** | **$171,677.78** | **$172,902.78** | **$183,512.77** | **$183,512.77** | **$183,512.77** |
| | | Net Income | | | -$14,808.86 | -$11,677.78 | -$8,102.78 | -$7,412.77 | -$7,412.77 | -$7,412.77 |