**IT IS ORDERED as set forth below:**

**Date: December 10, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE   NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-58123-LRC |
| | ) | |
| CLAIRMONT PLACE | ) | CHAPTER  11 |
| CONDOMINIUM ASSOCIATION, INC. | ) | |
| Debtor | ) | |
| | ) | |
| _____ | ) | |

**SECOND INTERIM ORDER GRANTING AUTHORITY TO USE CASH COLLATERAL**

Before the Court is the *Emergency Motion* filed by Clairmont Place Condominium Association, Inc. (the "Debtor") in the above-styled chapter 11 case (the "Case"), for the entry of an order, pursuant to Sections 105 and 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, modified, or supplemented, the "Bankruptcy Code") and Rule 4001 of the Federal Rules of Bankruptcy Procedure, (1) *Authorizing the Debtor to Use  Cash Collateral* ("the Motion") [Doc. No. 47], (2) the *Notice of Interest in Cash Collateral and Objection to Use of Cash Collateral* (the "McGough's Motion")[Doc No. 43] filed by Paul M. McGough ("McGough")  and;

1

(3) the Debtor's *Response in Opposition to McGough's Motion* [Doc. No. 47] and (4) the Debtor's *Request for Determination of Security Interest* [Doc. No. 47].

The parties agreed to the terms of an Interim Emergency Order for the use of Cash Collateral in resolution of the Motion and McGough's Motion in lieu of an interim hearing. On November 23, 2021, the Court entered its *Interim Order on Emergency Motion to Use Cash Collateral* (the "Interim order")[Doc. No. 61] authorizing the use of Cash Collateral and providing adequate protection on an interim basis. The Court scheduled the final hearing on Cash Collateral use for December 1, 2021.

Prior to the scheduled final hearing, the parties conferred and agreed to the entry of a second interim order pending a final hearing on final approval of cash collateral use. Accordingly, the Court hereby finds and concludes as follows:

A. **Petition Date:**  On October 29, 2021 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11, SubChapter V of the Bankruptcy Code and is continuing to manage its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  Leon S. Jones was appointed the SubChapter V Trustee.

B. **Prepetition Debt and Liens:**   McGough's Motion asserts an assignment of rents as collateral security with respect to amounts collected from residents of the Montclair (hereinafter, "Montclair Collections"), a personal care home (as defined in O.C.G.A. § 31-7-12) currently managed by the Debtor. The Debtor disputes the perfection of the interest in the Montclair Collections asserted by McGough.

C. **Need for Use of Cash Collateral :**   Debtor requires the use of the Montclair Collections, that may be the Cash Collateral of McGough, on an interim basis to continue operating its business, including making payroll, paying vendors and suppliers for postpetition

2

obligations, and meeting ordinary working capital expenses to care for Montclair's elderly community. Potentially irreparable harm to the Debtor, its creditors and its estate and its elderly population may occur absent authorization for the use of Cash Collateral.

D. **Service of Motion; Objections:** The Debtor served the Interim Order on creditors on November 23, 2021, and certified such service [Doc. No. 63]. The Court finds that service and notice of the scheduled final hearing was sufficient for all purposes under the Bankruptcy Code and the Bankruptcy Rules, including without limitation sections 102(1) and 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b) and (d).

E. **Finding Cause.** Good cause has been shown for the entry of this Order, the granting of adequate protection as set forth herein and authorization for the Debtor to use Cash Collateral during the Interim Period (as defined below). The Debtor's need for use of Cash Collateral is ongoing, immediate and critical. Entry of this Order will preserve the assets of the Debtor's estate and its value and is in the best interests of the Debtor, its creditors and the Debtor's estate.

F. **Jurisdiction; Core Proceeding; Venue.** This Court has jurisdiction to enter this Order pursuant to 28 U.S.C. §§ 157(b) and 1334. Consideration of the Motion constitutes a core proceeding, as defined by 28 U.S.C. §157(b)(2). Venue for this chapter 11 case and proceeding on the Motion is proper pursuant to 28 U.S.C. §§1408 and 1409.

G. **Adequate Protection.** McGough, to the extent his interest in and to the Montclair Collections is, or may be, perfected, is entitled to adequate protection for any diminution in value of his interest in the prepetition collateral (*i.e.* Montclair Collections) under 11 U.S.C. §§ 361 and 363 on an interim basis, as set forth herein.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. **<u>Grant of Motion; Authority to Use Cash Collateral.</u>**

   a. Subject to all of the terms, conditions and limitations of this Order, the Debtor shall be authorized to use Cash Collateral (as defined below) for Permitted Purposes (as defined below) during the period (the "Interim Period") commencing on December 1, 2021, and ending February 28, 2022,

   b. The term "Cash Collateral" shall mean all Montclair Collections (i) in the possession of the Debtor on the Petition Date consisting of the alleged prepetition collateral, defined as the revenue stream from the Montclair, as defined in the Motion or (ii) received by the Debtor after the Petition Date in respect of or arising out of the Debtor's use, sale, consumption, collection, or other disposition of any prepetition collateral (*i.e.* Montclair Collections).

   c. The term "Permitted Purposes" shall mean the use by Debtor of Cash Collateral in the ordinary course of the Debtor's business solely for the purposes of supporting the Debtor's ongoing working capital needs for the Montclair, to the extent and up to the amounts set forth in the budget attached hereto along with a 15% variance.

   d. The parties acknowledge and agree that Cash Collateral does not include cash from other revenue sources.

2. **<u>Adequate Protection Escrow.</u>** As adequate protection, the Interim Order provided that Debtor escrow the lesser of (i) $30,000, or (ii) the net of total collections by Debtor (not limited to the Montclair Collections) for the month of November 2021 after

4

payment of postpetition amounts for Debtor's November monthly operations and maintenance (the "Adequate Protection Escrow"). As further adequate protection for any decrease in the value of McGough's interest in Cash Collateral (as may later be determined by the Court), Debtor shall further fund the Adequate Protection Escrow as follows: for each month through February, 2022, the Debtor shall continue to fund the Adequate Protection Escrow with the net of total collections by Debtor (not limited to the Montclair Collections) capped at $30,000 for each month for (i) the month of December 2021 after payment of postpetition amounts for Debtor's December monthly operations and maintenance and holding up to $100,000 towards the 3 payrolls due in January and the workers compensation premium due in February, (ii) the month of January 2022 after payment of postpetition amounts for Debtor's January monthly operations and maintenance and holding up to $60,000 towards workers compensation premium due in February, and (iii) the month of February 2022 after payment of postpetition amounts for Debtor's February monthly operations and maintenance and holding up to $30,000 towards payment of insurance premiums in June 2021.

3. **Additional Adequate Protection.** McGough asserts that his interest in the Montclair Collections automatically attaches to Montclair Collections arising subsequent to the Petition Date pursuant to 11 U.S.C. § 552(b)(2) such that a replacement lien in the Montclair Collections is not required. See, e.g. *In re Putnal*, 483 B.R. 799 (Bankr. M. D. Ga. 2012). The Debtor disputes this contention. As adequate protection for any decrease in value of any interest held by McGough in the Cash Collateral based upon Debtor's use of such Cash Collateral, McGough is hereby granted a replacement lien pursuant to sections 361, 362 and 363 of the Bankruptcy Code in and to the Adequate

Protection Escrow. The replacement lien granted herein shall extend to all property of the estate to the extent necessary to cover any diminution in value in the Cash Collateral. Notwithstanding anything herein to the contrary, the replacement lien herein shall not extend to the proceeds of any actions assertable by the Debtor or the estate pursuant to Sections 544, 547, 548, 549 or 550 of the Bankruptcy Code. This lien shall be valid, binding, enforceable and automatically perfected and continuing, to the extent that McGough has a valid, properly perfected and enforceable interest prepetition in and to the Montclair Collections; furthermore, such Cash Collateral may only be used for items for the Montclair, with a 15% variance, in accordance with the Court-approved budget attached hereto. Notwithstanding anything herein, entry of this Order shall not be an admission of or a determination that the budgeted items are, in fact, used solely for the benefit of the Montclair or represent appropriate expenditures relating to the Montclair.

4. **Reasonable Access.** The Debtor shall provide McGough or his representatives with access, promptly upon request, to records and financial information concerning its compliance with the attached budget and shall allow McGough or his representatives reasonable access to 2100 Clairmont Place, promptly upon request, for the purpose of conducting an appraisal or valuation.

5. **Reporting**. The Debtor shall provide McGough or his representative with access, promptly upon request, to the same information provided to the Office of the United States Trustee (the "U.S. Trustee") and SubChapter V Trustee.

6. **Reservation of Rights**. Nothing on this order shall be construed as a limitation on the rights of McGough to seek additional relief from this Court, including, without

limitation, seeking additional adequate protection, dismissal of the case, or removal of the Debtor as debtor in possession.

7. **Order Immediately Effective; Survival**. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure or otherwise, the effectiveness of this Order shall not be stayed, and this Order shall be immediately effective upon its entry.

8. **Notice of Final Hearing; Service of Order.** **A final hearing on the Motion will be held at the following number: (toll-free number: 833-568-8864; meeting id: 161 346 1602 at 11:00 a.m. on February 17, 2022 in Courtroom 1204, United States Bankruptcy Court, Richard B. Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303** (the "Final Hearing").

9. Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

10. Promptly after the entry of this Order, the Debtor shall, mail by first class mail, a copy of this Order and the Motion, to the U.S. Trustee, counsel for McGough, the remaining parties identified on the list of the twenty largest creditors, the SubChapter V Trustee and all other parties requesting notice under Rule 2002 of the Federal Bankruptcy Rules as of the date of Motion and shall file a certificate of service regarding same with the Clerk of the Court. Such service shall constitute good and sufficient notice of the Final Hearing.

[END OF ORDER]

CONSENTED TO:

STEINFELD & STEINFELD, P.C
*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld
Ga Bar 622895
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com
 Attorneys for Clairmont Place
Condominium, Inc., Debtor

LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
*/s/G. Frank Nason, IV*
G. Frank Nason, IV
State Bar No. 535160
(Signed by Shayna M. Steinfeld with
Express Permission Granted on December 6, 2021
6000 Lake Forest Drive, N.W., Suite 435
Atlanta, GA 30328
 404-495-4468
fnason@lcenlaw.com
Attorneys for Paul M. McGough

NO OPPOSITION:

MARY IDA TOWNSON
UNITED STATES TRUSTEE REGION 21
*/s/Jonathan S. Adams*
Jonathan S. Adams
Ga Bar 979073
(Signed by Shayna M. Steinfeld with
Express Permission Granted on December 6, 2021)
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
Jonathan.S.Adams@usdoj.gov

JONES & WALDEN, LLC
**/s/ Leon S. Jones**
Leon S. Jones
Ga Bar 003980
(Signed by Shayna M. Steinfeld with
Express Permission Granted on December 6, 2021)
699 Piedmont Avenue, NE
Atlanta, GA 30308
404-964-9300
ljones@joneswalden.com
SubChapter V Trustee

**Distribution List**

Shayna M. Steinfeld, Esq.
STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324

Jonathan Adams, Esq.
Office of US Trustee
362 Richard Russell Bldg
75 Ted Turner Drive
Atlanta, GA 30303

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Clairmont Place Condominium Association, Inc.
c/o Allison Rutland Soulen, Executive Director
2100 Clairmont Lake
Decatur, GA 30033

G. Frank Nason, IV, Esq.
Gregory D. Ellis, Esq.
Lamberth, Cifelli, Ellis & Nason, PA
6000 Lake Forest Dr., N.W., Suite 435
Atlanta, GA 30328

6 month budget                                                                                                                              Association Budget

|       |       |                                          | November    | December    | January     | Feburary    | March       | April       |
|-------|-------|------------------------------------------|-------------|-------------|-------------|-------------|-------------|-------------|
|       | 40000 | **Income**                               |             |             |             |             |             |             |
|       | 40100 | Unit Fee                                 | $307,058.03 | $307,058.03 | $307,058.03 | $338,175.00 | $338,175.00 | $338,175.00 |
|       | 40110 | Second Resident Revenue                  | $6,292.00   | $6,292.00   | $6,292.00   | $6,729.19   | $6,729.19   | $6,729.19   |
|       | 40200 | Dining Services Income                   | $2,673.64   | $2,673.64   | $2,673.64   | $3,000.00   | $3,000.00   | $3,000.00   |
|       | 40240 | Administration Fee                       | $200.00     | $200.00     | $200.00     | $350.00     | $350.00     | $350.00     |
|       | 40400 | Montclair Monthly Fees                   | $160,000.00 | $160,000.00 | $164,800.00 | $175,100.00 | $175,100.00 | $175,100.00 |
|       | 40445 | Late Fees                                | $300.00     | $300.00     | $300.00     | $0.00       | $0.00       | $0.00       |
|       | 40450 | Montclair Comunity Fees                  | $0.00       | $0.00       | $0.00       | $1,000.00   | $1,000.00   | $1,000.00   |
|       | 40460 | Beauty Salon Revenue                     | $100.00     | $100.00     | $100.00     | $200.00     | $200.00     | $200.00     |
|       | 40490 | Housekeeping Revenue                     | $125.00     | $125.00     | $125.00     | $50.00      | $50.00      | $50.00      |
|       | 40500 | Maintenance Revenue                      | $250.00     | $250.00     | $250.00     | $500.00     | $500.00     | $500.00     |
|       | 40600 | Miscellaneous Revenue                    | $900.00     | $900.00     | $900.00     | $900.00     | $900.00     | $900.00     |
|       | 40800 | Interest Income                          | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 40900 | Resident Services Reimbursables          |             |             |             | $0.00       | $0.00       | $0.00       |
|       | 49999 | Uncategorized Income                     |             |             |             | $0.00       | $0.00       | $0.00       |
|       |       | Total month                              | $477,898.67 | $477,898.67 | $482,698.67 | $526,004.19 | $526,004.19 | $526,004.19 |
|       |       |                                          |             |             |             |             |             |             |
|       | 50000 | **Administration Expenses**              |             |             |             |             |             |             |
|       | 50100 | Admin Salaries/Wages                     | $28,141.62  | $28,141.62  | $28,141.62  | $27,977.00  | $27,977.00  | $27,977.00  |
|       | 50105 | Payroll Taxes                            | $2,152.83   | $2,152.83   | $2,152.83   | $2,119.05   | $2,119.05   | $2,119.05   |
|       | 50110 | Employer retirement contribution         | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 50125 | Employee Benefit Coverage                | $3,681.21   | $3,681.21   | $3,681.21   | $4,636.00   | $4,636.00   | $4,636.00   |
|       | 50130 | Workers Comp Insurance                   | $611.67     | $611.67     | $611.67     | $902.00     | $902.00     | $902.00     |
|       | 50150 | Employee Hiring                          | $600.00     | $600.00     | $600.00     | $700.00     | $700.00     | $700.00     |
|       | 50155 | Employee Relations                       | $400.00     | $400.00     | $400.00     | $450.00     | $450.00     | $450.00     |
|       | 50165 | Seminar/Training                         | $300.00     | $300.00     | $300.00     | $300.00     | $300.00     | $300.00     |
|       | 50205 | Bank Fees                                | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     |
|       | 50220 | Computer Managed Services                | $2,424.92   | $2,424.92   | $2,424.92   | $2,424.92   | $2,424.92   | $2,424.92   |
|       | 50225 | Payroll Processing                       | $1,435.85   | $1,435.85   | $1,435.85   | $1,500.00   | $1,500.00   | $1,500.00   |
|       | 50230 | Dues, Subs & Memberships                 | $366.67     | $366.67     | $366.67     | $310.00     | $310.00     | $310.00     |
|       | 50240 | Licenses & Permits                       | $0.00       | $0.00       | $0.00       | $75.00      | $75.00      | $75.00      |
|       | 50241 | Tuition Reimbursement                    | $0.00       | $0.00       | $0.00       | $670.00     | $670.00     | $670.00     |
|       | 50245 | Meals And Entertainment                  | $25.00      | $25.00      | $25.00      | $25.00      | $25.00      | $25.00      |
|       | 50255 | Cell Phones                              | $105.34     | $105.34     | $105.34     | $110.00     | $110.00     | $110.00     |
|       | 50260 | Postage-General                          | $344.00     | $344.00     | $344.00     | $350.00     | $350.00     | $350.00     |
|       | 50280 | Prof Fees - Audit/Tax Preparation        | $5,300.00   | $5,300.00   | $5,300.00   | $8,000.00   | $8,000.00   | $8,000.00   |
|       | 50290 | Prof Fees - Legal                        | $6,500.00   | $0.00       | $6,500.00   | $4,000.00   | $4,000.00   | $4,000.00   |
|       | 50295 | Professional Fees - Other                | $265.50     | $265.50     | $265.50     | $50.00      | $50.00      | $50.00      |
|       | 50296 | Prop, Liab & Comm Insurance - 1800 E     | $9,669.16   | $9,669.16   | $9,669.16   | $12,650.00  | $12,650.00  | $12,650.00  |
|       | 50297 | Prop, Liab & Comm Insurance - 2100 E     | $4,143.93   | $4,143.93   | $4,143.93   | $4,715.00   | $4,715.00   | $4,715.00   |
|       | 50298 | Property Taxes                           | $300.00     | $300.00     | $300.00     | $300.00     | $300.00     | $300.00     |
|       | 50300 | Telephone & Internet                     | $2,000.00   | $2,000.00   | $2,000.00   | $2,000.00   | $2,000.00   | $2,000.00   |
|       | 50800 | Equipment Lease - Admin                  | $1,600.00   | $1,600.00   | $1,600.00   | $1,600.00   | $1,600.00   | $1,600.00   |
|       | 50850 | Office Supplies                          | $750.00     | $750.00     | $750.00     | $750.00     | $750.00     | $750.00     |
|       | 50950 | Marketing / Advertising                  | $200.00     | $0.00       | $0.00       | $200.00     | $200.00     | $200.00     |
|       | 50960 | Retirement Administration                | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 50980 | Miscellaneous Admin                      | $0.00       | $0.00       | $0.00       | $50.00      | $50.00      | $50.00      |
|       |       | Total month                              | $71,417.70  | $64,717.70  | $71,217.70  | $76,963.97  | $76,963.97  | $76,963.97  |
|       |       |                                          |             |             |             |             |             |             |
|       | 55000 | **Resident Services**                    |             |             |             |             |             |             |
|       | 55100 | Salary and Wages                         | $10,616.60  | $10,616.60  | $10,616.60  | $10,554.50  | $10,554.50  | $10,554.50  |
|       | 55105 | Payroll Taxes                            | $812.17     | $812.17     | $812.17     | $799.43     | $799.43     | $799.43     |
|       | 55110 | Employer retirement contribution         | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 55125 | Employee Benefit Coverage                | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 55130 | Workers Comp Insurance                   | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 55140 | Employee Development                     | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 50315 | Vehicle Expense                          | $0.00       | $0.00       | $0.00       | $100.00     | $100.00     | $100.00     |
|       | 50325 | Vehicle Expense - Maintenance            | $0.00       | $0.00       | $0.00       | $200.00     | $200.00     | $200.00     |
|       | 50500 | Travel                                   | $153.70     | $153.70     | $153.70     | $500.00     | $500.00     | $500.00     |
|       | 50900 | Resident Relations-- Clairmont Place     | $738.02     | $738.02     | $738.02     | $1,500.00   | $1,500.00   | $1,500.00   |
|       | 50901 | Resident Relations Reimbursables         | $0.00       | $0.00       | $0.00       |             |             |             |

|       |       |                                    |             |             |             |             |             |             |
|-------|-------|------------------------------------|-------------|-------------|-------------|-------------|-------------|-------------|
|       | 75435 | Cable TV Expense                   | $10,000.00  | $10,000.00  | $10,000.00  | $10,000.00  | $10,000.00  | $10,000.00  |
|       | 75450 | Channel Insert                     | $650.50     | $650.50     | $650.50     | $650.50     | $650.50     | $650.50     |
|       |       | Total month                        | $22,970.99  | $22,970.99  | $22,970.99  | $24,304.43  | $24,304.43  | $24,304.43  |
|       |       |                                    |             |             |             |             |             |             |
|       | **60000** | **Dining Services Expenses**   |             |             |             |             |             |             |
|       | 65100 | Dining Services Salaries/Wages     | $84,919.99  | $84,919.99  | $84,919.99  | $85,769.19  | $85,769.19  | $85,769.19  |
|       | 65105 | Payroll Taxes                      | $5,724.00   | $5,724.00   | $5,724.00   | $6,496.38   | $6,496.38   | $6,496.38   |
|       | 65110 | Employer retirement contribution   | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 65125 | Employee Benefit Coverage          | $7,398.88   | $7,398.88   | $7,398.88   | $10,126.00  | $10,126.00  | $10,126.00  |
|       | 65130 | Workers Comp Insurance             | $2,242.79   | $2,242.79   | $2,242.79   | $3,674.00   | $3,674.00   | $3,674.00   |
|       | 65135 | Contract Labor                     | $0.00       | $0.00       | $0.00       | $100.00     | $100.00     | $100.00     |
|       | 65140 | Employee Development               | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     |
|       | 65395 | Food Costs                         | $67,122.13  | $70,000.00  | $70,000.00  | $72,000.00  | $72,000.00  | $72,000.00  |
|       | 65415 | Liquor                             | $411.99     | $411.99     | $411.99     | $200.00     | $200.00     | $200.00     |
|       | 65425 | Smallwares                         | $416.54     | $416.54     | $416.54     | $400.00     | $400.00     | $400.00     |
|       | 65860 | Cleaning Supplies                  | $1,094.76   | $1,094.76   | $1,094.76   | $1,250.00   | $1,250.00   | $1,250.00   |
|       | 65865 | Paper Supplies                     | $4,000.00   | $4,000.00   | $4,000.00   | $4,000.00   | $4,000.00   | $4,000.00   |
|       | 65875 | Uniforms/Linens                    | $424.70     | $424.70     | $424.70     | $380.00     | $380.00     | $380.00     |
|       | 65890 | Miscellaneous Food Service         | $84.23      | $84.23      | $84.23      | $100.00     | $100.00     | $100.00     |
|       |       | Total month                        | $173,940.01 | $176,817.88 | $176,817.88 | $184,595.57 | $184,595.57 | $184,595.57 |
|       |       |                                    |             |             |             |             |             |             |
|       | **62000** | **Montclair Expenses**         |             |             |             |             |             |             |
|       | 70100 | Montclair Salaries/Wages           | $65,062.88  | $65,062.88  | $65,062.88  | $66,761.00  | $66,761.00  | $66,761.00  |
|       | 70105 | Payroll Taxes                      | $4,976.45   | $4,976.45   | $4,976.45   | $5,056.65   | $5,056.65   | $5,056.65   |
|       | 70110 | Employer retirement contribution   | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 70125 | Employee Benefit Coverage          | $8,296.76   | $8,296.76   | $8,296.76   | $8,196.27   | $8,196.27   | $8,196.27   |
|       | 70130 | Workers Comp Insurance             | $2,446.53   | $2,446.53   | $2,446.53   | $4,185.95   | $4,185.95   | $4,185.95   |
|       | 70135 | Montclair Contract Employees       | $0.00       | $0.00       | $0.00       | $200.00     | $200.00     | $200.00     |
|       | 70140 | Employee Development               | $989.44     | $0.00       | $250.00     | $250.00     | $250.00     | $250.00     |
|       | 70800 | Cable TV - Montclair               | $550.00     | $550.00     | $550.00     | $550.00     | $550.00     | $550.00     |
|       | 70865 | Montclair Supplies                 | $4,063.27   | $4,063.27   | $4,063.27   | $4,300.00   | $4,300.00   | $4,300.00   |
|       | 70880 | Residents Relations -- The Montclair | $616.33   | $616.33     | $616.33     | $700.00     | $700.00     | $700.00     |
|       | 70881 | Monclair Reimbursables             | $0.00       | $0.00       | $0.00       | -$300.00    | -$300.00    | -$300.00    |
|       | 70883 | Referral Fee                       | $0.00       | $0.00       | $0.00       | $1,500.00   | $1,500.00   | $1,500.00   |
|       |       | Total month                        | $87,001.66  | $86,012.22  | $86,262.22  | $91,399.87  | $91,399.87  | $91,399.87  |
|       |       |                                    |             |             |             |             |             |             |
|       | **64000** | **Housekeeping Expenses**      |             |             |             |             |             |             |
|       | 73100 | Housekeeping Salaries/Wages        | $17,203.68  | $17,203.68  | $17,203.68  | $18,121.25  | $18,121.25  | $18,121.25  |
|       | 73105 | Payroll Taxes                      | $1,300.56   | $1,300.56   | $1,300.56   | $1,316.08   | $1,316.08   | $1,316.08   |
|       | 73110 | Employer retirement contribution   | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 73125 | Employee Benefit Coverage          | $1,709.82   | $1,709.82   | $1,709.82   | $3,076.54   | $3,076.54   | $3,076.54   |
|       | 73130 | Workers Comp Insurance             | $1,019.45   | $1,019.45   | $1,019.45   | $1,546.15   | $1,546.15   | $1,546.15   |
|       | 73860 | Cleaning Supplies                  | $471.80     | $471.80     | $471.80     | $900.00     | $900.00     | $900.00     |
|       |       | Total month                        | $21,705.31  | $21,705.31  | $21,705.31  | $24,960.02  | $24,960.02  | $24,960.02  |
|       |       |                                    |             |             |             |             |             |             |
|       | **66000** | **Building & Grounds Expenses** |            |             |             |             |             |             |
|       | 75100 | B & G Salaries/Wages               | $19,682.63  | $19,682.63  | $19,682.63  | $21,210.00  | $21,210.00  | $21,210.00  |
|       | 75105 | Payroll Taxes                      | $1,505.72   | $1,505.72   | $1,505.72   | $1,606.50   | $1,606.50   | $1,606.50   |
|       | 75110 | Employer retirement contribution   | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 75125 | Employee Benefit Coverage          | $1,204.08   | $1,204.08   | $1,204.08   | $1,891.00   | $1,891.00   | $1,891.00   |
|       | 75130 | Workers Comp Insurance             | $815.56     | $815.56     | $815.56     | $1,265.00   | $1,265.00   | $1,265.00   |
|       | 75135 | Contract Labor                     | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       | $0.00       |
|       | 75138 | Deep Cleaning                      | $0.00       | $0.00       | $0.00       | $50.00      | $50.00      | $50.00      |
|       | 75300 | A-C Service - 1800 BLDG            | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     | $100.00     |
|       | 75305 | A-C Service - 2100 BLDG            | $175.00     | $175.00     | $175.00     | $175.00     | $175.00     | $175.00     |
|       | 75310 | Bldg Supplies - 1800 BLDG          | $2,300.00   | $2,300.00   | $2,300.00   | $2,300.00   | $2,300.00   | $2,300.00   |
|       | 75315 | Bldg Supplies - 2100 BLDG          | $1,500.00   | $1,500.00   | $1,500.00   | $1,800.00   | $1,800.00   | $1,800.00   |
|       | 75320 | Equipment Supplies - Kitchen       | $250.00     | $250.00     | $250.00     | $250.00     | $250.00     | $250.00     |
|       | 75325 | Equipment Repairs - Kitchen        | $1,500.00   | $1,500.00   | $1,500.00   | $2,000.00   | $2,000.00   | $2,000.00   |
|       | 75445 | Pool                               | $100.00     | $100.00     | $100.00     | $350.00     | $350.00     | $350.00     |
|       | 75460 | Fire System Service - 1800 BLDG    | $500.00     | $500.00     | $500.00     | $700.00     | $700.00     | $700.00     |
|       | 75462 | Fire System Service - 2100 BLDG    | $600.00     | $600.00     | $600.00     | $800.00     | $800.00     | $800.00     |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 75470 | Landscaping | $8,000.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| | 75475 | Lawn Service | $2,118.00 | $2,118.00 | $2,118.00 | $2,118.00 | $2,118.00 | $2,118.00 |
| | 75490 | Pest Control - 1800 BLDG | $228.00 | $228.00 | $228.00 | $165.00 | $165.00 | $165.00 |
| | 75492 | Pest Control - 2100 BLDG | $213.00 | $213.00 | $213.00 | $240.00 | $240.00 | $240.00 |
| | 75505 | Trash Removal & Recycling | $410.00 | $410.00 | $410.00 | $450.00 | $450.00 | $450.00 |
| | 75530 | Utilities - Electricity - 1800 BLDG | $11,098.20 | $11,098.20 | $11,098.20 | $13,860.00 | $13,860.00 | $13,860.00 |
| | 75532 | Utilities - Electricity - 2100 BLDG | $8,016.54 | $8,016.54 | $8,016.54 | $8,770.00 | $8,770.00 | $8,770.00 |
| | 75535 | Utilities - Gas - 1800 BLDG | $1,175.84 | $1,175.84 | $1,175.84 | $1,300.00 | $1,300.00 | $1,300.00 |
| | 75537 | Utilities - Gas - 2100 BLDG | $1,162.76 | $1,162.76 | $1,162.76 | $1,300.00 | $1,300.00 | $1,300.00 |
| | 75540 | Utilities - Water/Sewer | $11,000.00 | $11,000.00 | $11,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| | 75825 | Elevator-Repairs & Maintenance | $1,300.00 | $1,300.00 | $1,300.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| | 75830 | Repairs/Maintenance - 1800 BLDG | $5,000.00 | $5,000.00 | $5,000.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| | 75832 | Repairs/Maintenance - 2100 BLDG | $10,000.00 | $10,000.00 | $10,000.00 | $7,500.00 | $7,500.00 | $7,500.00 |
| | 75880 | Furniture Repair/Replacement | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| | | Total month | $90,455.34 | $82,455.34 | $82,455.34 | $92,700.50 | $92,700.50 | $92,700.50 |
| | | | | | | | | |
| | | Courtesy Officer | | | | | | |
| | 75851 | Courtesy Officer Wages | $8,650.99 | $8,650.99 | $8,650.99 | $9,322.30 | $9,322.30 | $9,322.30 |
| | 75855 | Payroll Taxes | $661.80 | $661.80 | $661.80 | $706.10 | $706.10 | $706.10 |
| | 75860 | Employer retirement contribution | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75865 | Employee Benefit Coverage | $0.00 | $0.00 | $0.00 | | | |
| | 75870 | Workers Comp Insurance | $0.00 | $0.00 | $0.00 | | | |
| | 75853 | Security Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 75875 | Uniforms | $0.00 | $0.00 | $0.00 | | | |
| | | Total month | $9,312.79 | $9,312.79 | $9,312.79 | $10,028.40 | $10,028.40 | $10,028.40 |
| | | | | | | | | |
| | 90100 | Transfer to capital reserve | $17,200.00 | $17,200.00 | $17,200.00 | $18,750.00 | $18,750.00 | $18,750.00 |
| | 90302 | Income Tax Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 96000 | Credit Card Expenses to Allocate | $0.00 | $0.00 | $0.00 | | | |
| | 99999 | Uncategorized Expense | $0.00 | $0.00 | $0.00 | | | |
| | | Total month | $17,200.00 | $17,200.00 | $17,200.00 | $18,750.00 | $18,750.00 | $18,750.00 |
| | | | | | | | | |
| | | Total Income | $477,898.67 | $477,898.67 | $482,698.67 | $526,004.19 | $526,004.19 | $526,004.19 |
| | | Total Expenses | **$494,003.80** | **$481,192.23** | **$487,942.23** | **$523,702.76** | **$523,702.76** | **$523,702.76** |
| | | Net Income | -$16,105.13 | -$3,293.56 | -$5,243.56 | $2,301.43 | $2,301.43 | $2,301.43 |
| | | | | | | | | |
| | | Payments to Creditors | -$16,105.13 | -$3,293.56 | -$5,243.56 | $2,301.43 | $2,301.43 | $2,301.43 |

United States Bankruptcy Court

Northern District of Georgia

In re:     Case No. 21-58123-lrc

Clairmont Place Condominium Association,     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdf534 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clairmont Place Condominium Association, Inc., 2100 Clairmont Lake, Decatur, GA 30033-4052 |
| | + | Clairmont Place Condominium Assoc., Inc., c/o Allison Rutland Soulen, Exe. Dir., 2100 Clairmont Lake, Decatur, GA 30033-4052 |
| | + | G. Frank Nason, IV, Esq., Gregory D. Ellis, Esq., Lamberth, Cifelli, Ellis & Nason, PA, 6000 Lake Forest Dr., N.W., Suite 435, Atlanta, GA 30328-3896 |
| | + | Jonathan Adams, Esq., Office of US Trustee, 362 Richard Russell Bldg, 75 Ted Turner Drive, Atlanta, GA 30303-3330 |
| | + | Leon S. Jones, Jones & Walden, LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1400 |
| | + | Shayna M. Steinfeld, Esq., STEINFELD & STEINFELD, P.C., 11B Lenox Pointe, NE, Atlanta, GA 30324-7414 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 10 2021 20:19:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. Frank Nason, IV | on behalf of Defendant Paul McGough Realty LLC fnason@lcenlaw.com, |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdf534 | Total Noticed: 7 |

emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com

G. Frank Nason, IV
    on behalf of Defendant Paul M. McGough fnason@lcenlaw.com
    emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com

G. Frank Nason, IV
    on behalf of Defendant Senior Association Management  LLC fnason@lcenlaw.com,
    emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com

G. Frank Nason, IV
    on behalf of Creditor Paul M. McGough fnason@lcenlaw.com
    emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com

Gregory D. Ellis
    on behalf of Creditor Paul M. McGough emiller@lcenlaw.com
    gellis@ecf.courtdrive.com;emiller@ecf.courtdrive.com;EllisGR86494@notify.bestcase.com

Jonathan S. Adams
    on behalf of U.S. Trustee United States Trustee jonathan.s.adams@usdoj.gov

Leon S. Jones (Sub V Trustee)
    ljones@joneswalden.com  jwdistribution@joneswalden.com

Shayna M. Steinfeld
    on behalf of Debtor Clairmont Place Condominium Association  Inc. shayna@steinfeldlaw.com, paralegalnotices@gmail.com

Shayna M. Steinfeld
    on behalf of Plaintiff Clairmont Place Condominium Association  Inc. shayna@steinfeldlaw.com, paralegalnotices@gmail.com

Thomas R. Walker
    on behalf of Creditor Georgia Power Company thomas.walker@fisherbroyles.com

TOTAL: 10