IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| CLAIRMONT PLACE CONDOMINIUM ASSOCIATION, INC. | ) ) | Case No. 21-58123-LRC |
| | ) | |
| Debtor in Possession | ) ) | SUBCHAPTER V |

CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be served a copy of the following pleading(s) upon the persons or entities listed below, in the manner described:

#149   Fourth Interim Order Granting Authority to Use Cash Collateral

via CM/ECF:

| | |
|---|---|
| Jonathan S. Adams (UST) | jonathan.s.adams@usdoj.gov |
| Leon S. Jones (SubVT) | ljones@joneswalden.com; jwdistribution@joneswalden.com |
| Gregory D. Ellis (CR) | emiller@lcenlaw.com, ellis@ecf.courtdrive.com; emiller@ecf.courtdrive.com; EllisGR86494@notify.bestcase.com |
| G. Frank Nason, IV (CR) | fnason@lcenlaw.com, emiller@lcenlaw.com; emiller@ecf.courtdrive.com; NasonFR86494@notify.bestcase.com |
| Thomas R. Walker (CR) | thomas.walker@fisherbroyles.com |
| Nathan Hovey (CR) | nhovey@law.ga.gov |

And via by first class U.S. Mail, with adequate postage prepaid at the addresses on the attached Exhibit "A"

This 15th day of August 2022.

Respectfully submitted,

*/s/ Shayna M. Steinfeld*
Shayna M. Steinfeld, Esq.
GA Bar No. 622895

STEINFELD & STEINFELD, P.C.
11B Lenox Pointe, NE
Atlanta, GA 30324
404/636-7786
shayna@steinfeldlaw.com

**Exhibit "A"**

Aetna
PO Box 804735
Chicago, IL 60680-4108

Amerisure Insurance Company
26777 Halsted Road
Farmington Hills MI 48331

Amerisure Mutual Ins. Co
Lockbox #730502
Dallas, TX 75373-0502

Athena Farms
P.O. Box 550054
Atlanta, GA 30355

Atlanta Office Technologies
5600 Oakbrook Pkwy, Ste 260
Norcross, GA 30093

Berke Products
P.O. Box 70936
Marietta, GA 30007-0936

Burnum LLC
2112 Britt Rd
Douglasville, GA 30135

CareServ
430 Winkler Drive, Ste 500
Alpharetta, GA 30004

Class Act Inc.
1521 Eryn Circle
Suwanee, GA 30024

Clipboard Health dba Twomagnets, Inc.
340 S. Lemon Ave #5028
Walnut, CA 91789

Comcast Business
PO. Box 37601
Philadelphia,  19101-0601

Cortes LLC
3064 Sawgrass Trail SW
Lilburn, GA 30047

Dekalb County Sanitation
3720 Leroy Scott Dr
Decatur, GA 30032

DeKalb County Tax Commissioner
Law Department
1300 Commerce Drive
Decatur, GA 30030

DeKalb County Tax Commissioner
4380 Memorial Dr Suite 100
Decatur GA 30032

DeKalb Watershed Management
P.O. Box 71224
Charlotte, NC 28272

Department of Justice, Tax Div.
Civil Trial Section, Southern
PO Box 14198, Ben Franklin
Washington, DC 20044-4198

Direct TV
P.O. Box 5006
Carol Stream IL 60197-5006

Ecolab
P.O. Box 32027
New York, NY 10087-2027

Edward B. Krugman, Esq.
Bondurant Mixson Elmore LLP
One Atlantic Ctr, 1201 W Ptree  St NW 3900
Atlanta, GA 30309

Fortner Communications, Inc.
P.O. Box 1854
Douglasville, GA 30133

Gas South
P.O. Box 530552
Atlanta, GA 30353-0552

Genuine Products Laundry Srvs. & Equip, Inc.
12460 Crabapple Rd, Ste 202-601
Alpharetta, GA 30004

Georgia Department of Revenue Compliance
Division, ARCS Bankruptcy
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3202

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Gibbs Landscape Co.
4055 Atlanta Rd
Smyrna, GA 30080-5939

Grainger
Dept. 827594060
Palatine, IL 60038-0001

Guardian Pharmacy, LLC
Attn President
1750 Enterprise Way, #105
Marietta, GA 30067

Hershey's Ice Cream
1700 White Circle NW
Marietta, GA 30066

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308

J Michael Lamberth, Esq.
Lamberth, Cifelli, Ellis & Nason, PA
1117 Perimeter Center West, Ste W212
Atlanta, GA 30338

J&C Electric
5467 Pinedale Circle
Buford, GA 30518

Jeff S. Henderson Painting
5420 Hillview Dr. SW
Oxford, GA 30054

Leonard Blount
3159 Delowe Dr.
Atlanta, GA 30344

Marshall Jones
J. Greg Logan, CPA, CITP
3097 E Shadowlawn Ave NE
Atlanta, GA 30305

Nationwide
P.O. Box 10479
Des Moines, IA 50306-0479

Occupied Renovations
6730 Jones Mill Ct
Norcross, GA 30092

Office Depot, Inc.
P.O. Box 1413
Charlotte, NC 28201-1413

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-9057

Paul McGough
1898 Sam Snead Drive
Braselton, GA 30517

Paul McGough Realty, LLC
1898 Sam Snead Dr.
Braselton, GA 30517

Paylocity
1400 American Lane
Schaumburg, IL 60173

Peachtree Immediate Care
1275 Highway 54 W, Ste 201
Fayetteville, GA 30214-4538

Pitney Bowes
PO BOX 371874
Pittsburgh, PA 15250-7874

PSI Security Services
2028 S Cobb Dr SE
Marietta, GA 30060-4952

S&W Towing
2158 Tucker Ind. Rd.
Tucker, GA 30084

Salon PS Georgia LLC
55 Public Square, Suite 1180
Cleveland, OH 44113

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20200

Senior Association Management, LLC
1898 Sam Snead Dr.
Braselton, GA 30517

Society for Human Resource Mgmt
PO Box 791139
Baltimore, MD 21279-1139

SunTrust Bank Card One
PO Box 791250
Baltimore, MD 21279-1250

Sysco Food Services of Atlanta
PO Box 490379
Atlanta, GA 30349

Terry Ferris
2100 Clairmont Lake
Decatur, GA 30033

Tom Johnson
4203 Woodacres Rd
Oakwood, GA 30566

Tom Wolf
3505 Orchard St
Clarkston, GA 30021

U.S. Securities and Exchange Commission
Office of Reorganization
Suite 900, 950 East Paces Ferry Rd, NE
Atlanta, GA 30326-1382

United States Attorney
Northern District of Georgia
75 Ted Turner Dr. SW, Ste 600
Atlanta, GA 30303-3309

United States Attorney General

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-009

Valex Service Service Group
1825 Saddleridge Dr.
Cumming, GA 30041

W.W. Grainger, Inc.
401 South Wright Road W4W.R47
Janesville WI 53546

Wells Fargo Financial Leasing, Inc.
800 Walnut St. MAC F0005-055
Des Moines, IA 50309

PNC Bank
c/o Mr. William S. Demchak, CEO
300 Fifth Avenue
Pittsburg, Pennsylvania 15222

Mr. Daryl N. Bible, CFO
200 West Second Street
Winston-Salem, NC 27101-4019

Regions Bank (of Georgia)
c/o Mr. John Reid Moore, CFO
P O Drawer 937
Gainesville, GA, 30503

Adams Capital Valuation Services
David Adams, President
976 Brady Ave, NW, Suite 100
Atlanta, GA 30318

Winter Capriola Zenner, LLC
Stephen A. Winter, Esq.
One Ameris Center
3490 Piedmont Road, NE Suite 800
Atlanta, GA 30305

Melanie S. McNeil
State Long Term Care Ombudsman
Division of Aging Services
Department of Human Services
2 Peachtree St. NW, 33rd Floor
Atlanta, GA 30303