UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| CLAIRMONT PLACE CONDOMINIUM | ) | |
| ASSOCIATION, INC., | ) | CASE NO. 21-58123-lrc |
| | ) | (Subchapter V) |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE OF FILING SUPPLEMENT TO FEE APPLICATION

Debtor hereby files this Exhibit as a Supplement to the Fee Application filed by Adams Capital, LLC [Doc. No. 127]. PLEASE TAKE NOTICE that the Fee Application is hereby revised with the Exhibit attached hereto.

STEINFELD & STEINFELD, P.C.

/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
State Bar No. 622895
11B Lenox Pointe, NE
Atlanta, Georgia 30324
Tel.:   404/636-7786
Attorneys for Clairmont Place Association,
Inc., Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties (or the parties themselves if not represented by counsel) the "NOTICE OF FILING SUPPLEMENT TO FEE APPLICATION". by Electronic Mail a copy of same as follows with the documents being served on a flash drive by first class mail:

G. Frank Nason, IV, Esq.
Lamberth, Cifelli, Ellis & Nason, PA
6000 Lake Forrest Drive, NW, Suite 435
Atlanta, GA 30328
fnason@lcenlaw.com

Respectfully submitted this 9th day of November, 2022.

STEINFELD & STEINFELD, P.C.

/s/ Shayna M. Steinfeld
Shayna M. Steinfeld
State Bar No. 622895
11B Lenox Pointe, NE
Atlanta, Georgia 30324
Tel.:   404/636-7786; shayna@steinfeldlaw.com
Attorneys for Clairmont Place Association, Inc., Plaintiff