# Clairmont Place Condominium 2021 - Montclair - Project Time Billing Report

| Owner ↑ | Date | Hours | TaskRa | Notes |
|---|---|---|---|---|
| Annelie Soard | 5/25/2022 | 2 | | Research/Reviewing Documents/Discussion |
| Annelie Soard | | | **0.25** | Reviewing all provided pictures |
| Annelie Soard | | | **0.25** | Reviewing Clairmont 6 months budget |
| Annelie Soard | | | **0.25** | Reviewing Montclair 6 months budget |
| Annelie Soard | | | **0.25** | Reviewing Association 6 months budget |
| Annelie Soard | | | 0.25 | Call with David |
| Annelie Soard | | | 0.25 | Reviewing 2020 financials |
| Annelie Soard | | | 0.25 | Reviewing 2019 financials |
| Annelie Soard | | | 0.25 | Reviewing 2018 financials |
| Annelie Soard | 5/26/2022 | 2 | | Research/Reviewing Documents/Discussion |
| Annelie Soard | | | **0.25** | Reviewing 2021 financials |
| Annelie Soard | | | **0.25** | Reading Rules of Georgia Department of Community Health - Healthcare Facility Regulation Division pages 1-10 |
| Annelie Soard | | | **0.25** | Reading Rules of Georgia Department of Community Health - Healthcare Facility Regulation Division pages 11-20 |
| Annelie Soard | | | **0.25** | Reading Rules of Georgia Department of Community Health - Healthcare Facility Regulation Division pages 21-30 |
| Annelie Soard | | | 0.25 | Reading Rules of Georgia Department of Community Health - Healthcare Facility Regulation Division pages31-40 |
| Annelie Soard | | | 0.25 | Reading Rules of Georgia Department of Community Health - Healthcare Facility Regulation Division pages41-50 |
| Annelie Soard | | | 0.25 | Reading And Who Would Want to Lease the Montclair? |
| Annelie Soard | | | 0.25 | Call with David |
| Annelie Soard | 5/27/2022 | 3 | | Research/Reviewing Documents/Discussion |
| Annelie Soard | | | **0.25** | Reviewing Montclair Market Analysis Revise March 9, 2022 |
| Annelie Soard | | | **0.25** | Reading Occupancy Analysis with Regulatory Considerations compiled by Clairmont Place with assistance from Architect |
| Annelie Soard | | | **0.25** | Reading COVID Pandemic and Assisted Living (January 2, 2022) |
| Annelie Soard | | | **0.25** | Reviewing Real Estate Appraisal pages 1-20 |
| Annelie Soard | | | 0.25 | Reviewing Real Estate Appraisal pages 21-50 |
| Annelie Soard | | | 0.25 | Reviewing Real Estate Appraisal pages 51-70 |
| Annelie Soard | | | 0.25 | Reviewing Real Estate Appraisal pages 71-100 |
| Annelie Soard | | | 0.25 | Reviewing Real Estate Appraisal pages 101-130 |
| Annelie Soard | | | **0.25** | Reviewing Real Estate Appraisal pages 131-150 |
| Annelie Soard | | | **0.25** | Reviewing Real Estate Appraisal pages 151-166 |
| Annelie Soard | | | **0.25** | Call with David |
| Annelie Soard | | | **0.25** | Reading NICMAP_4Q2021_MetroReport_Atlanta, GA_4Q2021 |
| Annelie Soard | 5/30/2022 | 4 | | Research/Reviewing Documents |
| Annelie Soard | | | **0.25** | Reviewing January 26, 2022 Parts III and IV Mediation statement |
| Annelie Soard | | | **0.25** | Reviewing September 2021 Clairmont Place Appraisal Report Bullseye: text |
| Annelie Soard | | | **0.25** | Reviewing September 2021 Clairmont Place Appraisal Report Bullseye: pictures |
| Annelie Soard | | | 0.25 | Planning and structuring analysis |
| Annelie Soard | | | 0.25 | Planning and structuring analysis |
| Annelie Soard | | | 0.25 | Reviewing Steinfeld and Steinfeld letter from January 26, 2022 |
| Annelie Soard | | | 0.25 | Reviewing Montclair Floorplan pages 1-2 |
| Annelie Soard | | | 0.25 | Reviewing Montclair Floorplan pages 3-4 |
| Annelie Soard | | | **0.25** | Analyzing Assisted Living Facilities/Retirement Communities (with Nursing Care) (NAICS: 623311) |
| Annelie Soard | | | **0.25** | Analyzing Assisted Living Facilities/Retirement Communities (with Nursing Care) (NAICS: 623311) |
| Annelie Soard | | | **0.25** | Analyzing Nursing Homes/Skilled Nursing Facilities (NAICS: 623110) |
| Annelie Soard | | | **0.25** | Analyzing Nursing Homes/Skilled Nursing Facilities (NAICS: 623110) |
| Annelie Soard | | | 0.25 | Analyzing Home Health Care/Home Nursing Agencies (NAICS: 621610) |
| Annelie Soard | | | 0.25 | Analyzing Home Health Care/Home Nursing Agencies (NAICS: 621610) |
| Annelie Soard | | | 0.25 | Comparing all 3 NAICS |
| Annelie Soard | | | 0.25 | Call with team members |
| Annelie Soard | 6/1/2022 | 0.75 | | Strategy call with David to discuss analysis |
| Annelie Soard | | | 0.25 | Call with David |
| Annelie Soard | | | 0.25 | Call with David |
| Annelie Soard | | | 0.25 | Call with David |
| Annelie Soard | 6/2/2022 | 6 | | Writing Letter/Research |
| Annelie Soard | | | **0.25** | Start writing letter |
| Annelie Soard | | | **0.25** | Writing pages 1-2 |
| Annelie Soard | | | **0.25** | Writing pages 4-6 |

| Annelie Soard | | **0.25** | Writing pages 6-7 |
|---|---|---|---|
| Annelie Soard | | 0.25 | Writing page 8 |
| Annelie Soard | | 0.25 | Writing pages 9-10 |
| Annelie Soard | | 0.25 | Writing page 10 |
| Annelie Soard | | 0.25 | Writing page 11 |
| Annelie Soard | | **0.25** | Writing page 12 |
| Annelie Soard | | **0.25** | Writing page 13 |
| Annelie Soard | | **0.25** | Writing page 14 |
| Annelie Soard | | **0.25** | Adding Graph on page 14 |
| Annelie Soard | | 0.25 | Writing page 15 |
| Annelie Soard | | 0.25 | Adding Table 1 |
| Annelie Soard | | 0.25 | Adding Table 1 |
| Annelie Soard | | 0.25 | Writing page 16 |
| Annelie Soard | | **0.25** | Writing page 17 |
| Annelie Soard | | **0.25** | Writing page 18 |
| Annelie Soard | | **0.25** | Adding Table 2 |
| Annelie Soard | | **0.25** | Writing page 19 |
| Annelie Soard | | 0.25 | Writing page 20 |
| Annelie Soard | | 0.25 | Writing page 21 |
| Annelie Soard | | 0.25 | Writing page 22 |
| Annelie Soard | | 0.25 | Adding Table 3 |
| Annelie Soard | 6/3/2022 | 6 | Writing Letter/Research |
| Annelie Soard | | **0.25** | Writing page 23 |
| Annelie Soard | | **0.25** | Writing page 24 |
| Annelie Soard | | **0.25** | Adding Table 4 |
| Annelie Soard | | **0.25** | Adding Table 5 |
| Annelie Soard | | 0.25 | Writing page 25 |
| Annelie Soard | | 0.25 | Adding Table 6 |
| Annelie Soard | | 0.25 | Writing page 29 |
| Annelie Soard | | 0.25 | Adding Table 7 |
| Annelie Soard | | **0.25** | Writing page 31 |
| Annelie Soard | | **0.25** | Altering Table 3 |
| Annelie Soard | | **0.25** | Writing page 32 |
| Annelie Soard | | **0.25** | Adding Income/Expense Graph |
| Annelie Soard | | 0.25 | Writing page 33 |
| Annelie Soard | | 0.25 | Adding Table 8 |
| Annelie Soard | | 0.25 | Writing page 34 |
| Annelie Soard | | 0.25 | Adding Table 9 |
| Annelie Soard | | **0.25** | Writing page 35 |
| Annelie Soard | | **0.25** | Writing page 36 |
| Annelie Soard | | **0.25** | Writing page 37 |
| Annelie Soard | | **0.25** | Writing page 38 |
| Annelie Soard | | 0.25 | Writing page 39-41 |
| Annelie Soard | | 0.25 | Preparing Exhibit A |
| Annelie Soard | | 0.25 | Preparing Exhibit B |
| Annelie Soard | | 0.25 | Preparing Exhibit C |
| Annelie Soard | 6/13/2022 | 0.5 | Strategy call |
| Annelie Soard | | 0.25 | Discussing letter with David and Anthony |
| Annelie Soard | | 0.25 | Discussing letter with David and Anthony |
| Annelie Soard | 6/15/2022 | 2 | Updating letter |
| Annelie Soard | | **0.25** | Updating Graph on page 14 |
| Annelie Soard | | **0.25** | Updating pages 14-15 |
| Annelie Soard | | **0.25** | Updating Table 5 |
| Annelie Soard | | **0.25** | Updating page 24 |
| Annelie Soard | | 0.25 | Updating page 25 |
| Annelie Soard | | 0.25 | Updating page 31 |
| Annelie Soard | | 0.25 | Updating page 32 |
| Annelie Soard | | 0.25 | Updating page 33 |
| Annelie Soard | 6/15/2022 | 2 | Discussion with David and Bill |
| Annelie Soard | | **0.25** | Updating page 34 |
| Annelie Soard | | **0.25** | Updating page 35 |
| Annelie Soard | | **0.25** | Updating page 36 |

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Annelie Soard | | | **0.25** | Updating page 37 |
| Annelie Soard | | | 0.25 | Call to discuss letter |
| Annelie Soard | | | 0.25 | Call to discuss letter |
| Annelie Soard | | | 0.25 | Call to discuss letter |
| Annelie Soard | | | 0.25 | Call to discuss letter |
| Annelie Soard | 6/16/2022 | 3 | | Working on Revisions |
| Annelie Soard | | | 0.25 | Revising page 2 |
| Annelie Soard | | | **0.25** | Revising page 4-6 |
| Annelie Soard | | | **0.25** | Revising page 6-7 |
| Annelie Soard | | | **0.25** | Revising page 8 |
| Annelie Soard | | | 0.25 | Revising page 9-10 |
| Annelie Soard | | | 0.25 | Revising page 10 |
| Annelie Soard | | | 0.25 | Revising page 11 |
| Annelie Soard | | | 0.25 | Revising page 12 |
| Annelie Soard | | | **0.25** | Revising page 13 |
| Annelie Soard | | | **0.25** | Revising page 14 |
| Annelie Soard | | | **0.25** | Revising page 15 |
| Annelie Soard | | | **0.25** | Revising page 16 |
| Annelie Soard | 6/17/2022 | 3.25 | | Working on Revisions |
| Annelie Soard | | | **0.25** | Revising page 17 |
| Annelie Soard | | | **0.25** | Revising page 18 |
| Annelie Soard | | | **0.25** | Revising page 19 |
| Annelie Soard | | | **0.25** | Revising page 20 |
| Annelie Soard | | | 0.25 | Revising page 21 |
| Annelie Soard | | | 0.25 | Revising page 22 |
| Annelie Soard | | | 0.25 | Revising page 23 |
| Annelie Soard | | | 0.25 | Revising page 24 |
| Annelie Soard | | | **0.25** | Revising page 25 |
| Annelie Soard | | | **0.25** | Revising page 29 |
| Annelie Soard | | | **0.25** | Revising page 31 |
| Annelie Soard | | | **0.25** | Revising page 32 |
| Annelie Soard | | | 0.25 | Revising page 33 |
| Annelie Soard | 6/20/2022 | 4.5 | | Working on Revisions |
| Annelie Soard | | | **0.25** | Revising page 34 |
| Annelie Soard | | | **0.25** | Revising page 35 |
| Annelie Soard | | | **0.25** | Revising page 36 |
| Annelie Soard | | | **0.25** | Revising page 37 |
| Annelie Soard | | | 0.25 | Revising page 38 |
| Annelie Soard | | | 0.25 | Revising page 39-41 |
| Annelie Soard | | | 0.25 | Revising Exhibit A |
| Annelie Soard | | | 0.25 | Revising Exhibit B |
| Annelie Soard | | | **0.25** | Revising Exhibit C |
| Annelie Soard | | | **0.25** | Revising Table 1 |
| Annelie Soard | | | **0.25** | Revising Table 5 |
| Annelie Soard | | | **0.25** | Revising Table 7-8 |
| Annelie Soard | | | 0.25 | Reviewing letter one last time |
| Annelie Soard | | | 0.25 | Reviewing letter one last time |
| Annelie Soard | | | 0.25 | Reviewing letter one last time |
| Annelie Soard | | | 0.25 | Reviewing letter one last time |
| Annelie Soard | | | **0.25** | Call with David |
| Annelie Soard | | | **0.25** | Call with David |
| **Subtotal** Sum | | 39 | 39 | |
| Count | | | | |
| Anthony Villacres | 1/31/2022 | 1.5 | | Industry Research: Research on Nursing homes assisted living facilities |
| Anthony Villacres | | | **0.25** | Capital IQ Industry Research Company Screening: Review Companies #1-20 |
| Anthony Villacres | | | **0.25** | Capital IQ Industry Research Company Screening: Review Companies #20-35 |
| Anthony Villacres | | | **0.25** | Public company screening research analysis write up for Comps # 1-8 |
| Anthony Villacres | | | **0.25** | Public company screening research analysis write up for Comps # 9 to 18 |
| Anthony Villacres | | | 0.25 | Public company screening research analysis write up for Comps #19 -27 |
| Anthony Villacres | | | 0.25 | Public company screening research analysis write up for Comps #28 to 35 |
| Anthony Villacres | 6/13/2022 | 1.5 | | Project Support |

| Name | Date | Hours | Amount | Description |
|---|---|---|---|---|
| Anthony Villacres | | | **0.25** | Article research review "Georgia Assisted Living Communities and Personal Care Homes Now Must Contend with Additional Compliance Obligations and Larger Fines News & Insights" |
| Anthony Villacres | | | **0.25** | Research review write up on article " Georgia Assisted Living Communities and Personal Care Homes Now Must Contend with Additional Compliance Obligations and Larger Fines News & Insights" |
| Anthony Villacres | | | **0.25** | Article research review "Georgia consumer resource Residential senior care AJC" |
| Anthony Villacres | | | **0.25** | Research review write up on article "Georgia consumer resource Residential senior care AJC" |
| Anthony Villacres | | | 0.25 | Article research review "Georgia Health Care Association" |
| Anthony Villacres | | | 0.25 | Research review write up "Georgia Health Care Association" |
| Anthony Villacres | 6/15/2022 | 1.5 | | Project Support |
| Anthony Villacres | | | **0.25** | Articles research review "Georgia consumer resource Residential senior care AJC" |
| Anthony Villacres | | | **0.25** | Research  write up on article "Georgia consumer resource Residential senior care AJC" |
| Anthony Villacres | | | **0.25** | Research  write up on article "Georgia consumer resource Residential senior care AJC" |
| Anthony Villacres | | | **0.25** | Articles research review "Montclair, The info AJC Senior Care project" |
| Anthony Villacres | | | 0.25 | Research  write up on article" Montclair, The info AJC Senior Care project" |
| Anthony Villacres | | | 0.25 | Research  write up on article" Montclair, The info  AJC Senior Care project" |
| Anthony Villacres | 6/17/2022 | 1.5 | | Project Support |
| Anthony Villacres | | | **0.25** | Documentation for Exhibit C - Sources of Information #1-10 |
| Anthony Villacres | | | **0.25** | Documentation for Exhibit C - Sources of Information #11-20 |
| Anthony Villacres | | | **0.25** | Documentation for Exhibit C - Sources of Information #21-30 |
| Anthony Villacres | | | **0.25** | Documentation for Exhibit C - Sources of Information #31-40 |
| Anthony Villacres | | | 0.25 | Documentation for Exhibit C - Sources of Information #41-50 |
| Anthony Villacres | | | 0.25 | Documentation for Exhibit C - Sources of Information #51-56 |
| Subtotal Sum | | 6 | 6 | |
| Count | | | | |
| David Adams | 12/22/2021 | 1 | | Call preparation review |
| David Adams | | | 0.25 | Call with Shayna, Allison, Ron discussing mediation order and case status |
| David Adams | | | 0.25 | Value of collateral questions |
| David Adams | | | 0.25 | Number of rooms, private pay, COVID |
| David Adams | | | 0.25 | Construction, facility quality |
| David Adams | 1/24/2022 | 0.25 | | Call with Shayna |
| David Adams | | | 0.25 | Call w Shayna |
| David Adams | 1/24/2022 | 0.25 | | Call preparation review |
| David Adams | | | 0.25 | Call preparation review |
| David Adams | 1/31/2022 | 2 | | Research |
| David Adams | | | **0.25** | Call with Allison regarding facilities |
| David Adams | | | **0.25** | center does not own real estate |
| David Adams | | | **0.25** | what is realistic? |
| David Adams | | | **0.25** | Review prior work re read |
| David Adams | | | 0.25 | Review prior schedules |
| David Adams | | | 0.25 | Review updated schedules |
| David Adams | | | 0.25 | Investigate market changes |
| David Adams | | | 0.25 | Review bullseye appraisal |
| David Adams | 1/31/2022 | 4 | | Prepare for Mediation |
| David Adams | | | **0.25** | Continue reviewing bullseye appraisal |
| David Adams | | | **0.25** | Review Montclair floorplan Allison notes |
| David Adams | | | **0.25** | Study additions and impact on remaining facilities |
| David Adams | | | **0.25** | Consider marketability impact of rooms and determination of marketable rooms |
| David Adams | | | 0.25 | Determination of marketable rooms |
| David Adams | | | 0.25 | Review January 26, 2022 Shayna letter - preparation for mediation |
| David Adams | | | 0.25 | Preparation to address a-f |
| David Adams | | | 0.25 | ongoing preparation for a-f |
| David Adams | | | **0.25** | review parts II and IV of Mediation statement |
| David Adams | | | **0.25** | review parts II and IV of Mediation statement |
| David Adams | | | **0.25** | review parts II and IV of Mediation statement |
| David Adams | | | **0.25** | Montclair 6 month budget review |
| David Adams | | | 0.25 | Montclair 6 month budget review |
| David Adams | | | 0.25 | Impact of 6 month budget |
| David Adams | | | 0.25 | Market analysis NICMAP Q4 2021 |
| David Adams | | | 0.25 | Market analysis NICMAP Q4 2021 implications |
| David Adams | 1/31/2022 | 1 | | Zoom call |
| David Adams | | | 0.25 | Shayna, Ron, Allison market to sell/lease? |
| David Adams | | | 0.25 | not for profit, personal care facility |

| | | | |
|---|---|---|---|
| David Adams | | 0.25 | kitchen, laundry insufficiencies, square feet per bed |
| David Adams | | 0.25 | cost allocations, homecare is competition |
| David Adams | 2/1/2022 | 2.25 | Research owner and broker |
| David Adams | | **0.25** | Discuss local market with owner operator |
| David Adams | | **0.25** | New construction obsoletes older properties |
| David Adams | | **0.25** | bad economies of scale |
| David Adams | | **0.25** | Competition may own 4-500 facilities - very efficient operators |
| David Adams | | 0.25 | Personal care is not favored assisted living is trend |
| David Adams | | 0.25 | local buyer maybe in the neighborhood |
| David Adams | | 0.25 | under 60 beds hard to find buyers |
| David Adams | | 0.25 | no real estate  - no interest from buyers |
| David Adams | | **0.25** | Low $40,000 per bed INCLUDING real estate and includes kitchen, laundry common areas |
| David Adams | 2/2/2022 | 6 | Mediation and read expert report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Share findings with mediator |
| David Adams | | **0.25** | Share findings with mediator |
| David Adams | | **0.25** | Share findings with mediator |
| David Adams | | **0.25** | Share findings with mediator |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | **0.25** | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | | 0.25 | Present at mediation, listen, skim HealthTrust report |
| David Adams | 3/7/2022 | 0.5 | discuss report |
| David Adams | | 0.25 | Discuss HealthTrust report findings and basis |
| David Adams | | 0.25 | Discuss HealthTrust report findings and basis |
| David Adams | 3/10/2022 | 0.5 | Shayna call to discuss case |
| David Adams | | 0.25 | Discussion of next steps |
| David Adams | | 0.25 | Discussion of next steps |
| David Adams | 4/4/2022 | 1 | Review 3/30 email and attachments |
| David Adams | | 0.25 | Occupancy, Pandemic, market, NICMAP |
| David Adams | | 0.25 | DHC Rule |
| David Adams | | 0.25 | Who would want to lease |
| David Adams | | 0.25 | Revenue |
| David Adams | 4/11/2022 | 1 | review emails |
| David Adams | | 0.25 | Effects of Pandemic on Assisted Living, Pandemic Effects on Als in graph |
| David Adams | | 0.25 | Floor plan |
| David Adams | | 0.25 | March 16 email consideration in report |
| David Adams | | 0.25 | March 16 email consideration in report |
| David Adams | 4/11/2022 | 0.25 | Call with Shayna |
| David Adams | | 0.25 | Discuss Status |
| David Adams | 5/10/2022 | 4.25 | report drafting |
| David Adams | | **0.25** | draft overall layout |
| David Adams | | **0.25** | draft overall layout |
| David Adams | | **0.25** | draft overall layout |
| David Adams | | **0.25** | draft overall layout |
| David Adams | | 0.25 | create schedule structure |
| David Adams | | 0.25 | create schedule structure |

| | | | |
|---|---|---|---|
| David Adams | | 0.25 | create schedule structure |
| David Adams | | 0.25 | market |
| David Adams | | **0.25** | market approach |
| David Adams | | **0.25** | cost approach |
| David Adams | | **0.25** | income approach |
| David Adams | | **0.25** | cost allocation |
| David Adams | | 0.25 | missing support |
| David Adams | | 0.25 | cost of capital |
| David Adams | | 0.25 | Forced Liquidation Value |
| David Adams | | 0.25 | HealthTrust personal property |
| David Adams | | **0.25** | Bullseye MEE |
| David Adams | 5/11/2022 | 1.75 | prepare points to support |
| David Adams | | **0.25** | HealthTrust ability to lease assumption |
| David Adams | | **0.25** | HealthTrust Meal services assumption |
| David Adams | | **0.25** | HealthTrust total costs covered with a profit assumption |
| David Adams | | **0.25** | HealthTrust forgot to mention laundry assumption |
| David Adams | | 0.25 | HealthTrust fails to follow Uniform Standards of Professional Appraisal Practice |
| David Adams | | 0.25 | HealtTrust fails to align with non real estate expertise |
| David Adams | | 0.25 | HealthTrust fails to observe that all rooms are not equal |
| David Adams | 5/11/2022 | 0.5 | Allison emails and call |
| David Adams | | 0.25 | Financial Statements request |
| David Adams | | 0.25 | Financial Statements review |
| David Adams | 5/11/2022 | 3 | report drafting, research review |
| David Adams | | **0.25** | review data, research, emails |
| David Adams | | **0.25** | review data, research, emails |
| David Adams | | **0.25** | review data, research, emails |
| David Adams | | **0.25** | review data, research, emails |
| David Adams | | 0.25 | Write report fundamental analysis |
| David Adams | | 0.25 | Write report market |
| David Adams | | 0.25 | Write report not real estate |
| David Adams | | 0.25 | Write report no lease |
| David Adams | | **0.25** | Write report obsolete rooms |
| David Adams | | **0.25** | Write report no kithchen |
| David Adams | | **0.25** | Write report no laundry |
| David Adams | | **0.25** | Write report marketable rooms |
| David Adams | 5/11/2022 | 0.25 | Shayna call |
| David Adams | | 0.25 | Discuss project |
| David Adams | 5/12/2022 | 1 | research |
| David Adams | | 0.25 | Market buyer profile |
| David Adams | | 0.25 | Market economics |
| David Adams | | 0.25 | market perspectives |
| David Adams | | 0.25 | customer interests/search criteria |
| David Adams | 6/1/2022 | 0.75 | Discuss w Annelie |
| David Adams | | 0.25 | Discuss case strategy with Annelie |
| David Adams | | 0.25 | Market discussions |
| David Adams | | 0.25 | Facilities limitations - marketable rooms |
| David Adams | 6/8/2022 | 5 | Call preparation review |
| David Adams | | **0.25** | Review HealthTrust report |
| David Adams | | **0.25** | Review HealthTrust report |
| David Adams | | **0.25** | Review HealthTrust report |
| David Adams | | **0.25** | Review HealthTrust report |
| David Adams | | 0.25 | Review "and who would want to lease the Montclair Rev" |
| David Adams | | 0.25 | Review "and who would want to lease the Montclair Rev" |
| David Adams | | 0.25 | Georgia Department of Community Health rules |
| David Adams | | 0.25 | Montclair Market Analysis Rev Mar 9 2022 |
| David Adams | | **0.25** | Occupancy Analysis with Regulatory Considerations |
| David Adams | | **0.25** | COVID Pandemic and Assisted Living (Jan. 2, 2022) |
| David Adams | | **0.25** | 2018 December Signed Financials |
| David Adams | | **0.25** | 2019 December Profit and Loss |
| David Adams | | **0.25** | 2019 December Signed Financials |
| David Adams | | 0.25 | 2020 Financial report |
| David Adams | | 0.25 | 2020 Profit and Loss |

| David Adams | | 0.25 | 2021 12 Financial Report |
|---|---|---|---|
| David Adams | | **0.25** | Association 6 month budget |
| David Adams | | **0.25** | Clairmont 6 month budget |
| David Adams | | **0.25** | Montclair 6 month budget |
| David Adams | | **0.25** | Photo review |
| David Adams | 6/12/2022 | 8 | Call preparation review |
| David Adams | | **0.25** | 6 month budget |
| David Adams | | **0.25** | 2022 NICMAP Metro Report |
| David Adams | | **0.25** | Atlanta Area Economic Summary |
| David Adams | | **0.25** | Research review Only 1 in 4 nursing homes are confident they can survive a year |
| David Adams | | 0.25 | BVR Nursing Homes/Skilled Nursing Facilities |
| David Adams | | 0.25 | BVR Home Health Care/Home Care Agencies |
| David Adams | | 0.25 | BVR Assisted Living Facilities/Retirement Communities (with Nursing Care) |
| David Adams | | 0.25 | Review company screening reports |
| David Adams | | **0.25** | Review Effects of Pandemic on Assisted Living |
| David Adams | | **0.25** | Review COVID Pandemic and Assisted Living (Jan. 2, 2022) |
| David Adams | | **0.25** | Review COVID Pandemic and Assisted Living (Jan. 2, 2022) |
| David Adams | | **0.25** | Review Pandemic Effects on ALs in Graphs Rev |
| David Adams | | 0.25 | Alerilife |
| David Adams | | 0.25 | Sonida |
| David Adams | | 0.25 | Ensign |
| David Adams | | 0.25 | Brookdale |
| David Adams | | **0.25** | NHC |
| David Adams | | **0.25** | Personal care homes vs. assisted living for an Atlanta senior |
| David Adams | | **0.25** | GA Law Assisted Living vs. Personal Care |
| David Adams | | **0.25** | Montclair, The info _ AJC Senior Care project |
| David Adams | | 0.25 | Personal Care Homes Georgia Consumer Protection Laws & Consumer Complaints |
| David Adams | | 0.25 | Georgia Assisted Living Communities and Personal Care Homes Now Must Contend with Additional Compliance Obligations and Larger Fines News & Insights Arnall Golden Gregory LLP |
| David Adams | | 0.25 | Georgia Health Care Association |
| David Adams | | 0.25 | Georgia consumer resource Residential senior care AJC |
| David Adams | | **0.25** | Personal Care Homes _ Georgia Consumer Protection Laws & Consumer Complaints |
| David Adams | | **0.25** | Assisted_Living_Community_Jan-2013 |
| David Adams | | **0.25** | CPI Home _ U.S. Bureau of Labor Statistics |
| David Adams | | **0.25** | Consumer Price Index, Atlanta-Sandy Springs-Roswell — April 2022 _ Southeast Information Office _ U.S. Bureau of Labor Statistic |
| David Adams | | 0.25 | Process compile and explore data |
| David Adams | | 0.25 | Process compile and explore data |
| David Adams | | 0.25 | Process compile and explore data |
| David Adams | | 0.25 | Process compile and explore data |
| David Adams | 6/13/2022 | 0.5 | Call with Annelie |
| David Adams | | 0.25 | Discuss deliverable - presentation schedules |
| David Adams | | 0.25 | Discuss deliverable - presentation schedules |
| David Adams | 6/13/2022 | 6 | Call preparation review |
| David Adams | | **0.25** | Read draft documents |
| David Adams | | **0.25** | Read draft documents |
| David Adams | | **0.25** | Read draft documents |
| David Adams | | **0.25** | Review draft schedules |
| David Adams | | 0.25 | Review draft schedules |
| David Adams | | 0.25 | Review draft schedules |
| David Adams | | 0.25 | Edit documents |
| David Adams | | 0.25 | Edit documents |
| David Adams | | **0.25** | Edit documents |
| David Adams | | **0.25** | Edit documents |
| David Adams | | **0.25** | Edit documents |
| David Adams | | 0.25 | Edit documents |
| David Adams | | 0.25 | Edit documents |
| David Adams | | 0.25 | Edit documents |
| David Adams | | 0.25 | Edit documents |
| David Adams | | **0.25** | Edit documents |
| David Adams | | **0.25** | Edit documents |

| | | | |
|---|---|---|---|
| David Adams | | **0.25** | Edit documents |
| David Adams | | **0.25** | Edit documents |
| David Adams | | 0.25 | Edit Schedules |
| David Adams | | 0.25 | Edit Schedules |
| David Adams | | 0.25 | Edit Schedules |
| David Adams | | 0.25 | Edit Schedules |
| David Adams | 6/14/2022 | 7.25 | Revisions. DCG |
| David Adams | | **0.25** | Standard of Value |
| David Adams | | **0.25** | Background |
| David Adams | | **0.25** | Current Situation |
| David Adams | | **0.25** | Current Situation |
| David Adams | | 0.25 | Current Situation |
| David Adams | | 0.25 | Current Situation |
| David Adams | | 0.25 | Current Situation |
| David Adams | | 0.25 | Industry Trends |
| David Adams | | **0.25** | 10 K Ensign |
| David Adams | | **0.25** | National Healthcare |
| David Adams | | **0.25** | Brookdale |
| David Adams | | **0.25** | Pennant Group |
| David Adams | | 0.25 | Sonida Senior Living |
| David Adams | | 0.25 | AleriLife |
| David Adams | | 0.25 | Genesis Healthcare |
| David Adams | | 0.25 | SunLink Health Systems |
| David Adams | | **0.25** | COVID 19 |
| David Adams | | **0.25** | Physical Shortcomings |
| David Adams | | **0.25** | 42 marketable rooms |
| David Adams | | **0.25** | 16 challenges to the facilities |
| David Adams | | 0.25 | False advertising |
| David Adams | | 0.25 | Piecemeal construction is not competitive with planned construction |
| David Adams | | 0.25 | Financial reporting |
| David Adams | | 0.25 | Fair Value |
| David Adams | | **0.25** | Industry comparables |
| David Adams | | **0.25** | Market Comparables |
| David Adams | | **0.25** | market analysis |
| David Adams | | **0.25** | Allocation of costs |
| David Adams | | 0.25 | Industry margins |
| David Adams | 6/14/2022 | 1.25 | Revisions |
| David Adams | | **0.25** | Montclair Profit/loss |
| David Adams | | **0.25** | Fair Value |
| David Adams | | **0.25** | HealthTrust misleading analysis |
| David Adams | | **0.25** | HealthTrust no lease |
| David Adams | | 0.25 | HealthTrust no meal services |
| David Adams | 6/14/2022 | 3 | Call preparation review |
| David Adams | | **0.25** | HealthTrust no laundry services |
| David Adams | | **0.25** | HealthTrust assumes profitability |
| David Adams | | **0.25** | HealthTrust ignores physical limitations |
| David Adams | | **0.25** | HealthTrust appraises wrong asset - real estate |
| David Adams | | 0.25 | HealthTrust overstates marketable beds |
| David Adams | | 0.25 | HealthTrust inspected the facility and failed to notice...... |
| David Adams | | 0.25 | HealthTrust fails to state hypothetical assumptions required by USPAP |
| David Adams | | 0.25 | HealthTrust results inaccurate and unreliable |
| David Adams | | **0.25** | Forced Liquidation Value |
| David Adams | | 0.25 | Conclusions |
| David Adams | | **0.25** | Basic Accounting Principles and Guidelines |
| David Adams | | **0.25** | Photographs |
| David Adams | 6/15/2022 | 2 | discuss with bill and Annelie |
| David Adams | | **0.25** | Review documents and refine discuss with Annelie and Bill |
| David Adams | | **0.25** | Review documents and refine discuss with Annelie and Bill |
| David Adams | | **0.25** | Review documents and refine discuss with Annelie and Bill |
| David Adams | | **0.25** | Review documents and refine discuss with Annelie and Bill |
| David Adams | | 0.25 | Review documents and refine |
| David Adams | | 0.25 | Review documents and refine |

| David Adams | | 0.25 | Review documents and refine |
|---|---|---|---|
| David Adams | | 0.25 | Review documents and refine |
| David Adams | 6/16/2022 | 6 | Call preparation review |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation |
| David Adams | 6/17/2022 | 8 | Call preparation review |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | **0.25** | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | | 0.25 | reconcile findings, tie to schedules, supporting documentation, quality control |
| David Adams | 6/20/2022 | 6 | Call preparation review |
| David Adams | | **0.25** | Review findings with Annelie |

| | | | |
|---|---|---|---|
| David Adams | | **0.25** | Review findings with Annelie |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | **0.25** | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| David Adams | | 0.25 | Review 60 page report, consider comments and respond |
| Subtotal | Sum | 84.5 | 84.5 |
| | Count | | |
| Kriti Agarwal | 5/25/2022 | 3 | Document Review/Timeline of buildings and additions. KC |
| Kriti Agarwal | | **0.25** | Going through Clairmont appraisal review |
| Kriti Agarwal | | **0.25** | Going through Clairmont appraisal review |
| Kriti Agarwal | | **0.25** | Research - going through the appraisal report to find out the construction date of original building |
| Kriti Agarwal | | **0.25** | Research - going through the floor plan notes to find out the construction date of original building |
| Kriti Agarwal | | 0.25 | Research - going through the floor plan notes to find out the date of additions made to the buildings |
| Kriti Agarwal | | 0.25 | Going through "20211578 Montclair Personal Care Home" to find 2100's date of construction |
| Kriti Agarwal | | 0.25 | Going through "20211578 Montclair Personal Care Home" to find 2100's total number of units |
| Kriti Agarwal | | 0.25 | Going through "20211578 Montclair Personal Care Home" to find floor plan details |
| Kriti Agarwal | | **0.25** | Going through "2022 01 10 Montclair Floorplan notes" for details of additions in MEE Service centre, 2100 Building |
| Kriti Agarwal | | **0.25** | Going through "2022 01 10 Montclair Floorplan notes" for details of additions in MEE Service centre, 2100 Building |
| Kriti Agarwal | | **0.25** | Calculation of rentable and non-rentable rooms |
| Kriti Agarwal | | **0.25** | Preparing visual graphics showing timeline of wings prepared |
| Kriti Agarwal | 5/26/2022 | 1 | Square footage listing. KC |
| Kriti Agarwal | | 0.25 | Reading floor plan notes - measuring North wing to estimate square footage |
| Kriti Agarwal | | 0.25 | Reading floor plan notes - measuring East wing to estimate square footage |
| Kriti Agarwal | | 0.25 | Reading floor plan notes - measuring West wing to estimate square footage |
| Kriti Agarwal | | 0.25 | Reading floor plan notes - measuring Pool wing to estimate square footage |
| Kriti Agarwal | 5/27/2022 | 5.25 | Montclair income and expenses table/Review IS and square footage. KC |
| Kriti Agarwal | | **0.25** | Going through Clairmont documents shared for the purpose of preparing the 2018 income statement |
| Kriti Agarwal | | **0.25** | Going through Clairmont documents shared for the purpose of preparing the 2019 income statement |
| Kriti Agarwal | | **0.25** | Going through Clairmont documents shared for the purpose of preparing the 2020 income statement |
| Kriti Agarwal | | **0.25** | Going through "2018 December Signed Financials" for working on 2018 Montclair Income statement |
| Kriti Agarwal | | 0.25 | Going through "2018 December Signed Financials" for working on 2018 Montclair and Clairmont Income statement |
| Kriti Agarwal | | 0.25 | Going through "2018 December Signed Financials" for working on 2018 Clairmont Income statement |
| Kriti Agarwal | | **0.25** | Going through "2019 December Signed Financials" for working on 2019 Montclair Income statement |
| Kriti Agarwal | | 0.25 | Going through "2019 December Signed Financials" for working on 2019 Montclair and Clairmont Income statement |
| Kriti Agarwal | | **0.25** | Going through "2019 December Signed Financials" for working on 2019 Clairmont Income statement |
| Kriti Agarwal | | **0.25** | Going through "2020 Profit and Loss" for working on 2020 Montclair Income statement |
| Kriti Agarwal | | 0.25 | Going through "2020 Profit and Loss" for working on 2020 Montclair Income statement and "2021 12 Financial Report" for working on 2021 Montclair Income statement |
| Kriti Agarwal | | **0.25** | Going through "2021 12 Financial Report" for working on 2021 Montclair Income statement |
| Kriti Agarwal | | 0.25 | Going through "6-month budget Montclair" for working on YTD 2022 Montclair Income statement |

| | | | |
|---|---|---|---|
| Kriti Agarwal | | 0.25 | Going through "6-month budget Montclair" for working on YTD 2022 Montclair Income statement |
| Kriti Agarwal | | 0.25 | Calculation of profit and EBITDA margins per physical room excluding MEE expenses |
| Kriti Agarwal | | 0.25 | Calculation of profit and EBITDA margins per physical room excluding MEE expenses |
| Kriti Agarwal | | **0.25** | Calculation of profit and EBITDA margins per marketable room excluding MEE expenses |
| Kriti Agarwal | | **0.25** | Calculation of profit and EBITDA margins per marketable room excluding MEE expenses |
| Kriti Agarwal | | **0.25** | Calculation of Montclair Personal Care Home - % Allocation |
| Kriti Agarwal | | **0.25** | Preparing visual graphics showing Montclair income and expenses |
| Kriti Agarwal | | 0.25 | Preparing visual graphics showing Montclair income and expenses |
| Kriti Agarwal | 6/2/2022 | 10.75 | Review/Square footage per resident calculation. KC |
| Kriti Agarwal | | **0.25** | Going through Clairmont appraisal review to find out the total building area along with the detailed breakup of area occupied |
| Kriti Agarwal | | **0.25** | Going through Clairmont appraisal review to find out the total building area along with the detailed breakup of area occupied |
| Kriti Agarwal | | **0.25** | Going through "2022 01 10 Montclair Floorplan notes" for understanding the floor structure |
| Kriti Agarwal | | **0.25** | Going through "2022 01 10 Montclair Floorplan notes" for understanding the floor structure |
| Kriti Agarwal | | **0.25** | Going through "2022 01 10 Montclair Floorplan notes" and "FW_ East wing" to find addition details on east wing |
| Kriti Agarwal | | 0.25 | Going through "2022 01 10 Montclair Floorplan notes" and "FW_ South wing" to find addition details on south wing |
| Kriti Agarwal | | 0.25 | Going through "2022 01 10 Montclair Floorplan notes" and "FW_ Porte Cochere wing" to find addition details on Porte Cochere wing |
| Kriti Agarwal | | 0.25 | Going through "2022 01 10 Montclair Floorplan notes" and "FW_ Pool wing" to find addition details on pool |
| Kriti Agarwal | | 0.25 | Going through "2022 01 10 Montclair Floorplan notes" and " to find addition details on west wing |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length 226A - Dining room |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 226A - Dining room |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 226A - Dining room |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 226B - Dining room |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 226B - Dining room |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 226B - Dining room |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 228 - Country Kitchen |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length breadth 228 - Country Kitchen |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 228 - Country Kitchen |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 229 - Staff & Pantry Kitchen |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 229 - Staff & Pantry Kitchen |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 229 - Staff & Pantry Kitchen |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 231 - Toilet |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 234 - Unit Supervisor |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 234 - Unit Supervisor |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the breadth  and total area 234 - Unit Supervisor |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length 236C - Work Area |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 236C - Work Area |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 236C - Work Area |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 233 - MED |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 233 - MED |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 233 - MED |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 219 - Office |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 219 - Office |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 219 - Office |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length 259 - Trash/Soiled |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 259 - Trash/Soiled |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 259 - Trash/Soiled |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length 236B - Nurse station |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 236B - Nurse station |
| Kriti Agarwal | | 0.25 | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 236B - Nurse station |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length 226A - North Living Room |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the length and breadth 226A - North Living Room |
| Kriti Agarwal | | **0.25** | Going through the "Fw_ Dimensions 1&2" for calculating the breadth and total area 226A - North Living Room |

| Kriti Agarwal | 6/20/2022 | 6 | Revisions. KC | |
|---|---|---|---|---|
| Kriti Agarwal | | | 0.25 | Going through the report and emails - for the purpose of updating the comments mentioned in FW: Montclair Draft FV and FMV  email by Shayna Steinfeld on , June 19, 2022 |
| Kriti Agarwal | | | 0.25 | Going through the report and emails - for the purpose of updating the comments mentioned in FW: Montclair Draft FV and FMV  email by Shayna Steinfeld on , June 19, 2022 |
| Kriti Agarwal | | | 0.25 | Updated based on the comment for page 1, cover and also updated the cover header and footer respectively |
| Kriti Agarwal | | | 0.25 | Reviewed and deleted the language based on the comment for pg 2 and pg 5 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 7 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 8 (under "current situation") |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 8, items numbered 1 and 2 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 8, items numbered 6 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 10 |
| Kriti Agarwal | | | 0.25 | Rephrased comment for pg 11, stating "the market has increased dramatically as a result of COVID-19" |
| Kriti Agarwal | | | 0.25 | Rephrased comment for pg 11, stating "so a smaller population of existing client and lower move ins." |
| Kriti Agarwal | | | 0.25 | Reviewed and updated other comment for pg 11 |
| Kriti Agarwal | | | 0.25 | Rephrased and updated comment for pg 12 for "non-marketable" rooms (perhaps search/replace term) |
| Kriti Agarwal | | | 0.25 | Reviewed and updated other comment for pg 12 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 12 and pg 14 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 15 |
| Kriti Agarwal | | | 0.25 | Went through the zipped file sent by the client for the purpose of updating it in the report |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 15 based on the zipped file shared |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 16 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 17 and pg 18 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 20 and pg 24 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 25 and 33 |
| Kriti Agarwal | | | 0.25 | Reviewed and updated comment for pg 37 |
| Kriti Agarwal | | | 0.25 | Reviewed the whole report to make sure that all the changes were incorporated |
| **Subtotal** Sum | | 26 | 26 | |
| Count | | | | |
| **Total** Sum | | 155.5 | 155.5 | |
| Count | | | | |