**Adams Capital LLC**
976 Brady Ave NW, Suite 100
Atlanta, GA  30318
silvia@adamscapital.com
www.adamscapital.com

## Invoice  F-2112-3104-3



---

**BILL TO**

Ms. Allison Rutland Soulen
Clairmont Place Condominium
Association, Inc
2100 Clairmont Lake
Decatur, Georgia  30033

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 06/22/2022 | **$73,621.84** | 07/22/2022 |

---

| DESCRIPTION | AMOUNT |
|---|---:|
| 1/5-6/20/2022 Litigation Support related to Clairmont Place Condominium Association, Inc. 2021 (see attached time billing report for details) - Invoice PAST DUE | |
| Annelie Soard | 15,600.00 |
| Anthony Villacres | 1,050.00 |
| David Adams | 50,277.50 |
| Kriti Agarwal | 4,550.00 |
| $5,000 Retainer R-2112-3104 received 1/7/22 - Thank you! To be applied against Final Invoice | 0.00 |
| 1% - Applied on Jul 23, 2022 | 714.78 |
| 1% - Applied on Aug 23, 2022 | 714.78 |
| 1% - Applied on Sep 23, 2022 | 714.78 |

Payments are due 30 days after original invoice date. Amounts not paid within 30 days from the original invoice date will be subject to a late payment charge of 1.0% per month (12% per year) on the unpaid balance.

| TOTAL DUE | **$73,621.84** |
|---|---:|

THANK YOU.

W-9 Information: The provider of the goods and services listed on this invoice is a Georgia Limited Liability Company. Its TIN/EIN is 81-1724151.

DOMESTIC WIRING INSTRUCTIONS

Receiving Bank: Chase
6180 Roswell Rd NE, Sandy Springs, Georgia 30328
404-315-1709

ABA/Routing Number: 021000021

FOR FINAL BENEFICIARY CREDIT TO:
ADAMS CAPITAL, LLC
Account Number: 693986918

INTERNATIONAL WIRING INSTRUCTIONS

Chase Bank's SWIFT Code: CHASUS33

Please direct any further banking questions to Akash Desai with
Chase Bank akash.a.desai@chase.com, +1 (404) 315-1709.